UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SANJAY TRIPATHY,
          Plaintiff,

v.

FUEZ, J. FEID, LUIS GONZALEZ, JOHN
WOOD, EDWARD BURNETT, JEFF MCKOY,
TINA M. STANFORD, MICHELE
HARRINGTON, and ANDREW M. CUOMO,
          Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 5349 (VB)

      On January 12, 2022, the Court received from plaintiff a letter dated January 7, 2022, and an attached law review article which plaintiff says he "would like to bring to [the Court's] attention." The letter and attachment will be separately docketed. However, because the letter is not submitted in connection with any pending motion or application,[1] the Court will disregard the submission.

      Going forward, plaintiff shall not submit letters or documents to the Court unless in connection with a pending motion or other application. If he disregards this instruction, the Court will disregard such submissions. Likewise, plaintiff shall not submit repetitive letters or other documents with respect to a pending motion or application without first receiving the Court's permission to do so. If plaintiff disregards this instruction, the Court will disregard such submissions as well. Finally, plaintiff is directed to mail any future submissions to the Pro Se Intake Unit at the following address:

United States District Court
Pro Se Intake Unit
300 Quarropas St.
White Plains, NY 10601

---

[1] By Order issued earlier today, the Court denied plaintiff's motion for a preliminary injunction, which is the second time the Court has denied a motion for preliminary injunctive relief from plaintiff.

The Court will disregard any future submissions mailed directly to Judge Briccetti's Chambers.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 12, 2022
      White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge