UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SANJAY TRIPATHY,
     Plaintiff,

v.

FUEZ, Social Worker, SOCTP Programm
Fishkill CF, et al.,
     Defendants.
------------------------------------------------------------x

**ORDER**

21 CV 5349 (VB)

Copies Mailed Faxed 4-11-22
Chambers of Vincent L. Briccetti DH

  On April 8, 2022, defendants filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6). (Doc. #46).

  Accordingly, it is hereby ORDERED that, by no later than April 18, 2022, plaintiff must notify the Court by letter whether he (i) intends to file an amended complaint in response to the motion to dismiss, or (ii) will rely on the complaint that is the subject of the motion to dismiss.

  If plaintiff elects not to file an amended complaint, the motion will proceed in the regular course, and the Court is unlikely to grant plaintiff a further opportunity to amend to address the purported deficiencies made apparent by the fully briefed arguments in defendants' motion. See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility"); accord F5 Capital v. Pappas, 856 F.3d 61, 89–90 (2d Cir. 2017). The time to file opposing and reply papers shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules, unless otherwise ordered by the Court.

  If plaintiff elects to file an amended complaint, he must file the amended complaint by no later than 14 days after notifying the Court of his intent to do so. Within 21 days of such amendment, defendants may either: (i) file an answer to the amended complaint; (ii) file a motion to dismiss the amended complaint; or (iii) notify the Court by letter that they are relying on the initially filed motion to dismiss.

  Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 11, 2022
   White Plains, NY

          SO ORDERED:

          _____
          Vincent L. Briccetti
          United States District Judge