Amended Complaint

Case # 21-cv-05349-VB
[Tripathy v. Feuz]
SDNY

**Exhibit (G)**



Albany County Supreme Court - Article 78 (Sanjay Tripathy v. DOCCS, Albany)

## SWORN AFFIDAVIT

I affirm and attest all facts in this affidavit are true to the best of my knowledge and ability, under Penalty of Perjury. The sole purposes of this affidavit is for legal purposes only. I request my personally identifiable information be kept confidential due to the potential of retaliation by DOCCS [and DOCCS Staff].

I am a participant in DOCCS SOCTP [Sex Offender Counselling & Treatment Program] at Collins CF. My Static99R Assessment [sole scientific and industry standard assessment for SOCTP program level placement; approved and specified in the DOCCS SOCTP Manual] scores [see below] place me in the [Low, Moderate or High - see below based on Static99R score] below SOCTP program. Nevertheless Dr. Ryan Brotz [Psychologist for SOCTP Program at Collins CF] initiated an overide [from Low to Moderate or Moderate to High; see below] which was approved by Brian Mcallister [Director SOCTP, Guidance & Counselling at DOCCS Albany], despite my Static 99R scores, with no approved, scientific and industry standard criteria and a lack of due process, in collusion, in an arbitrary and capricious manner, with abuse of discretion, which strongly indicates this was against my best-interest, self-serving to access more federal/state/taxpayer funds [more funds are needed/provided when SOCTP partcipants are overridden from Low to Moderate and from Moderate to High], to ensure more people [SOCTP partcipants] spend longer time [SOCTP partcipants] join/stay longer [which brings more funding and also is job security for core SOCTP staff]. DOCCS [despite requests and FOILs] has failed to provide documented [approved, scientific and specific to my case] criteria to justify my best-interest and judicious use of taxpayer resources.

Per DOCCS [Approved] SOCTP manual Static99R scores of -3 to 3 entail the low risk program, scores of 4 & 5 entail the moderate risk program and scores of 6 and above entail the high risk program.

Static99R Assessment Score: __1__
Assessment per SOCTP Manual [Low/Moderate/High]: __Low__
Overidden to [Low/Moderate/High]: __Moderate__
Name: __SANJAY TRIPATHY__
DIN: __18R1673__
Date: __02/03/2022__
Signature: __[signature]__

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An innocent man illegally incarcerated & religiously persecuted by The State of New York and State Actors under the Color of Law

G-1                                                                    (306)

Albany County Supreme Court - Article 78 (Sanjay Tripathy v. DOCCS, Albany)

## SWORN AFFIDAVIT

I affirm and attest all facts in this affidavit are true to the best of my knowledge and ability, under Penalty of Perjury. The sole purposes of this affidavit is for legal purposes only. I request my personally identifiable information be kept confidential due to the potential of retaliation by DOCCS [and DOCCS Staff].

I am a participant in DOCCS SOCTP [Sex Offender Counselling & Treatment Program] at Collins CF. My Static99R Assessment [sole scientific and industry standard assessment for SOCTP program level placement; approved and specified in the DOCCS SOCTP Manual] scores [see below] place me in the [Low, Moderate or High - see below based on Static99R score] below SOCTP program. Nevertheless Dr. Ryan Brotz [Psychologist for SOCTP Program at Collins CF] initiated an overide [from Low to Moderate or Moderate to High; see below] which was approved by Brian Mcallister [Director SOCTP, Guidance & Counselling at DOCCS Albany], despite my Static 99R scores, with no approved, scientific and industry standard criteria and a lack of due process, in collusion, in an arbitrary and capricious manner, with abuse of discretion, which strongly indicates this was against my best-interest, self-serving to access more federal/state/taxpayer funds [more funds are needed/provided when SOCTP partcipants are overridden from Low to Moderate and from Moderate to High], to ensure more people [SOCTP partcipants] spend longer time [SOCTP partcipants join/stay longer [which brings more funding and also is job security for core SOCTP staff]. DOCCS [despite requests and FOILs] has failed to provide documented [approved, scientific and specific to my case] criteria to justify my best-interest and judicious use of taxpayer resources.

Per DOCCS [Approved] SOCTP manual Static99R scores of -3 to 3 entail the low risk program, scores of 4 & 5 entail the moderate risk program and scores of 6 and above entail the high risk program.

Static99R Assessment Score: __5__
Assessment per SOCTP Manual [Low/Moderate/High]: __Moderate__
Overidden to [Low/Moderate/High]: __High__
Name: __Brandon Blessing__
DIN: __20-B-0432__
Date: __2/3/22__
Signature: __Brandon Blessing__

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An innocent man illegally incarcerated & religiously persecuted by The State of New York and State Actors under the Color of Law

G-1

(307)

Albany County Supreme Court - Article 78 (Sanjay Tripathy v. DOCCS, Albany)

## SWORN AFFIDAVIT

I affirm and attest all facts in this affidavit are true to the best of my knowledge and ability, under Penalty of Perjury. The sole purposes of this affidavit is for legal purposes only. I request my personally identifiable information be kept confidential due to the potential of retaliation by DOCCS [and DOCCS Staff].

I am a participant in DOCCS SOCTP [Sex Offender Counselling & Treatment Program] at Collins CF. My Static99R Assessment [sole scientific and industry standard assessment for SOCTP program level placement; approved and specified in the DOCCS SOCTP Manual] scores [see below] place me in the [Low, Moderate or High - see below based on Static99R score] below SOCTP program. Nevertheless Dr. Ryan Brotz [Psychologist for SOCTP Program at Collins CF] initiated an overide [from Low to Moderate or Moderate to High; see below] which was approved by Brian Mcallister [Director SOCTP, Guidance & Counselling at DOCCS Albany], despite my Static 99R scores, with no approved, scientific and industry standard criteria and a lack of due process, in collusion, in an arbitrary and capricious manner, with abuse of discretion, which strongly indicates this was against my best-interest, self-serving to access more federal/state/taxpayer funds [more funds are needed/provided when SOCTP partcipants are overridden from Low to Moderate and from Moderate to High], to ensure more people [SOCTP partcipants] spend longer time [SOCTP partcipants] join/stay longer [which brings more funding and also is job security for core SOCTP staff]. DOCCS [despite requests and FOILs] has failed to provide documented [approved, scientific and specific to my case] criteria to justify my best-interest and judicious use of taxpayer resources.

Per DOCCS [Approved] SOCTP manual Static99R scores of -3 to 3 entail the low risk program, scores of 4 & 5 entail the moderate risk program and scores of 6 and above entail the high risk program.

Static99R Assessment Score: __0__
Assessment per SOCTP Manual [Low/Moderate/High]: __Low__
Overidden to [Low/Moderate/High]: __High__
Name: __Hernandez Garcia F.__
DIN: __18A1626__
Date: __2/03/22__
Signature: _____

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An innocent man illegally incarcerated & religiously persecuted by The State of New York and State Actors under the Color of Law

G-1

(308)

Albany County Supreme Court - Article 78 (Sanjay Tripathy v. DOCCS, Albany)

## SWORN AFFIDAVIT

I affirm and attest all facts in this affidavit are true to the best of my knowledge and ability, under Penalty of Perjury. The sole purposes of this affidavit is for legal purposes only. I request my personally identifiable information be kept confidential due to the potential of retaliation by DOCCS [and DOCCS staff].

I am a participant in DOCCS SOCTP [Sex Offender Counselling & Treatment Program] at Collins CF. My Static99R Assessment [sole scientific and industry standard assessment for SOCTP program level placement; approved and specified in the DOCCS SOCTP Manual] scores [see below] place me in the [Low, Moderate or High - see below based on Static99R score] below SOCTP program. Nevertheless Dr. Ryan Brotz [Psychologist for SOCTP Program at Collins CF] initiated an overide [from Low to Moderate or Moderate to High; see below] which was approved by Brian Mcallister [Director SOCTP, Guidance & Counselling at DOCCS Albany], despite my Static 99R scores, with no approved, scientific and industry standard criteria and a lack of due process, in collusion, in an arbitrary and capricious manner, with abuse of discretion, which strongly indicates this was against my best-interest, self-serving to access more federal/state/taxpayer funds [more funds are needed/provided when SOCTP partcipants are overridden from Low to Moderate and from Moderate to High], to ensure more people [SOCTP partcipants] spend longer time [SOCTP partcipants] join/stay longer [which brings more funding and also is job security for core SOCTP staff]. DOCCS [despite requests and FOILs] has failed to provide documented [approved, scientific and specific to my case] criteria to justify my best-interest and judicious use of taxpayer resources.

Per DOCCS [Approved] SOCTP manual Static99R scores of -3 to 3 entail the low risk program, scores of 4 & 5 entail the moderate risk program and scores of 6 and above entail the high risk program.

Static99R Assessment Score: __2__
Assessment per SOCTP Manual [Low/Moderate/High]: __Low__
Overidden to [Low/Moderate/High]: __High H__
Name: __MARHVEL MIGUEL__
DIN: __08A2269__
Date: __2-3-22__
Signature: __[signature]__

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An innocent man illegally incarcerated & religiously persecuted by The State of New York and State Actors under the Color of Law

G-1                                                                    309

Albany County Supreme Court - Article 78 (Sanjay Tripathy v. DOCCS, Albany)

## SWORN AFFIDAVIT

I affirm and attest all facts in this affidavit are true to the best of my knowledge and ability, under Penalty of Perjury. The sole purposes of this affidavit is for legal purposes only. I request my personally identifiable information be kept confidential due to the potential of retaliation by DOCCS [and DOCCS Staff].

I am a participant in DOCCS SOCTP [Sex Offender Counselling & Treatment Program] at Collins CF. My Static99R Assessment [sole scientific and industry standard assessment for SOCTP program level placement; approved and specified in the DOCCS SOCTP Manual] scores [see below] place me in the [Low, Moderate or High - see below based on Static99R score] below SOCTP program. Nevertheless Dr. Ryan Brotz [Psychologist for SOCTP Program at Collins CF] initiated an overide [from Low to Moderate or Moderate to High; see below] which was approved by Brian Mcallister [Director SOCTP, Guidance & Counselling at DOCCS Albany], despite my Static 99R scores, with no approved, scientific and industry standard criteria and a lack of due process, in collusion, in an arbitrary and capricious manner, with abuse of discretion, which strongly indicates this was against my best-interest, self-serving to access more federal/state/taxpayer funds [more funds are needed/provided when SOCTP partcipants are overridden from Low to Moderate and from Moderate to High], to ensure more people [SOCTP partcipants] spend longer time [SOCTP partcipants] join/stay longer [which brings more funding and also is job security for core SOCTP staff]. DOCCS [despite requests and FOILs] has failed to provide documented [approved, scientific and specific to my case] criteria to justify my best-interest and judicious use of taxpayer resources.

Per DOCCS [Approved] SOCTP manual Static99R scores of -3 to 3 entail the low risk program, scores of 4 & 5 entail the moderate risk program and scores of 6 and above entail the high risk program.

Static99R Assessment Score: ___0___
Assessment per SOCTP Manual [Low/Moderate/High]: ___LOW___
Overidden to [Low/Moderate/High]: ___moderate/High___
Name: ___Keith Gludd___
DIN: ___17R1857___
Date: ___2 3 22___
Signature: ___[signature]___

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An innocent man illegally incarcerated & religiously persecuted by The State of New York and State Actors under the Color of Law

G-1                                                             (3/0)

Albany County Supreme Court - Article 78 (Sanjay Tripathy v. DOCCS, Albany)

## SWORN AFFIDAVIT

I affirm and attest all facts in this affidavit are true to the best of my knowledge and ability, under Penalty of Perjury. The sole purposes of this affidavit is for legal purposes only. I request my personally identifiable information be kept confidential due to the potential of retaliation by DOCCS [and DOCCS Staff].

I am a participant in DOCCS SOCTP [Sex Offender Counselling & Treatment Program] at Collins CF. My Static99R Assessment [sole scientific and industry standard assessment for SOCTP program level placement; approved and specified in the DOCCS SOCTP Manual] scores [see below] place me in the [Low, Moderate or High - see below based on Static99R score] below SOCTP program. Nevertheless Dr. Ryan Brotz [Psychologist for SOCTP Program at Collins CF] initiated an overide [from Low to Moderate or Moderate to High; see below] which was approved by Brian Mcallister [Director SOCTP, Guidance & Counselling at DOCCS Albany], despite my Static 99R scores, with no approved, scientific and industry standard criteria and a lack of due process, in collusion, in an arbitrary and capricious manner, with abuse of discretion, which strongly indicates this was against my best-interest, self-serving to access more federal/state/taxpayer funds [more funds are needed/provided when SOCTP partcipants are overridden from Low to Moderate and from Moderate to High], to ensure more people [SOCTP partcipants] spend longer time [SOCTP partcipants join/stay longer [which brings more funding and also is job security for core SOCTP staff]. DOCCS [despite requests and FOILs] has failed to provide documented [approved, scientific and specific to my case] criteria to justify my best-interest and judicious use of taxpayer resources.

Per DOCCS [Approved] SOCTP manual Static99R scores of -3 to 3 entail the low risk program, scores of 4 & 5 entail the moderate risk program and scores of 6 and above entail the high risk program.

Static99R Assessment Score: ___4___
Assessment per SOCTP Manual [Low/Moderate/High]: ___Moderate___
Overidden to [Low/Moderate/High]: ___High___
Name: Patrick Hatswell
DIN: 20A1577
Date: 2-4-22
Signature: Patrick Hatswell

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An innocent man illegally incarcerated & religiously persecuted by The State of New York and State Actors under the Color of Law

G-1

(311)

Albany County Supreme Court - Article 78 (Sanjay Tripathy v. DOCCS, Albany)

---

<u>SWORN AFFIDAVIT</u>

I affirm and attest all facts in this affidavit are true to the best of my knowledge and ability, under Penalty of Perjury. The sole purposes of this affidavit is for legal purposes only. I request my personally identifiable information be kept confidential due to the potential of retaliation by DOCCS [and DOCCS Staff].

I am a participant in DOCCS SOCTP [Sex Offender Counselling & Treatment Program] at Collins CF. My Static99R Assessment [sole scientific and industry standard assessment for SOCTP program level placement; approved and specified in the DOCCS SOCTP Manual] scores [see below] place me in the [Low, Moderate or High - see below based on Static99R score] below SOCTP program. Nevertheless Dr. Ryan Brotz [Psychologist for SOCTP Program at Collins CF] initiated an overide [from Low to Moderate or Moderate to High; see below] which was approved by Brian Mcallister [Director SOCTP, Guidance & Counselling at DOCCS Albany], despite my Static 99R scores, with no approved, scientific and industry standard criteria and a lack of due process, in collusion, in an arbitrary and capricious manner, with abuse of discretion, which strongly indicates this was against my best-interest, self-serving to access more federal/state/taxpayer funds [more funds are needed/provided when SOCTP partcipants are overridden from Low to Moderate and from Moderate to High], to ensure more people [SOCTP partcipants] spend longer time [SOCTP partcipants join/stay longer [which brings more funding and also is job security for core SOCTP staff]. DOCCS [despite requests and FOILs] has failed to provide documented [approved, scientific and specific to my case] criteria to justify my best-interest and judicious use of taxpayer resources.

Per DOCCS [Approved] SOCTP manual Static99R scores of -3 to 3 entail the low risk program, scores of 4 & 5 entail the moderate risk program and scores of 6 and above entail the high risk program.

Static99R Assessment Score: __4__
Assessment per SOCTP Manual [Low/Moderate/High]: __Moderate__
Overidden to [Low/Moderate/High]: __High__
Name: __Luis Gonzalez__
DIN: __16B1336__
Date: __2/6/22__
Signature: _[signature]_

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An innocent man illegally incarcerated & religiously persecuted by The State of New York and State Actors under the Color of Law

G-1

8/2

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -
   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limiting to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: /s/
Name: MICHAEL BALENTINE
DIN: 19B1348
Date: 11/17/21
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340

G-2    (313)

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -
   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limitin to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: OPSR
Name: PHILIP PAYNE SR
DIN: 18R0417
Date: 11-18-21
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(314)

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
G-2

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -
   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limiti to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: _[signature]_
Name: Michael Fromara
DIN: 21B1260
Date: 11-09-21
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(315)

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -
   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limiti to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: *Jefferson Poole*
Name: Jefferson Poole
DIN: 20B0898
Date: 11-18-21
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(3/6)

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -
   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limitin to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: Chris Joiner
Name: Christopher Joiner
DIN: 13A4776
Date: 12/23/21
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(3/7)

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340

G-2

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -

   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limitin to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: _/s/_
Name: John Fleming
DIN: 15B1296
Date: 12/23/2021
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(3/8)

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -
   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limiti to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: _Alan Ne___
Name: Alan NERAY
DIN: O645502
Date: 12/28/21
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(3/9)

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -
   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limitin to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.
2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: _[signature]_
Name: Jose Munin
DIN: 21A0479
Date: 12/23/21
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(320)

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -

   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limitin to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: _[signature]_
Name: Luis Gonzalez
DIN: 16B1336
Date: 12-23-21
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(321)

US District Court, SDNY; Case#21-cv-05349-VB (Tripathy v. Feuz et. al.)

---

## SWORN AFFIDAVIT

I certify to the following to the best of my knowledge under penalty of perjury.

Subject: <u>SOCTP Program - Collins CF/DOCCS (The State of New York)</u>

I fear retaliation so plead that my personally identifiable information not be shared with DOCCS/Defendants/Any DOCCS staff/employees or contractors.

1. Program Removal: I have personally heard in my SOCTP class during interactions with R. Brotz (Psychologist), C. Blanar (Social Worker), Jakiela (Social Worker), and T. Rogers (ORC/Counsellor), who are all part of the SOCTP program at Collins CF (including program leadership and Treatment Team) the following under which they have unequivocally stated that partcipants have been removed/discharged from the program and all/any participants will continue to be removed if -

   - Partcipants will have to admit to their crimes and discuss openly all sexually offending behavior, despite any claim of innocence or pending appeal. It was made clear they don't care what/why it happened as long as participants admit it verbally and in writing, even though it may be a lie/fabrication/completely untrue. Admission of guilt is non negotiable and integral to the program. This includes but is not limiti to a detailed/written sexual history. They were clear if they remove you from the program, your good time will be impacted, you may have to serve the maximum sentence, and it will negatively impact SORA, SOMTA and Civil Confinement.

2. ORC T Rogers and S.W. C Blanar were also clear participants will not graduate from the program, without explicitly admitting guilt, agreeing they in fact committed the crimes.

Signature: *Joseph J. Gentile Jr.*
Name: Joseph J. Gentile Jr, 28 U.S.C. §1746
DIN: 07A0255
Date: 12-23-2021
Address: SOCTP Program, Collins C.F., PO Box #340, Collins, NY 14034-0340

(322)

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340

G-2