Amended Complaint

Case #21-CV-05349-VB
[Tripathy v. Peuz et. al.]
SDNY

**Exhibit (I)**

391



**NEW YORK STATE** | **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

October 29, 2021

Tripathy, S. (18R1673)
D-1-40

**Re:    FOIL Log No. COL-0041-21**

Dear Mr. Tripathy,

This is in response to your New York State Freedom of Information Law request for the SOCTP documents listed below. Please see my response for each requested item next to the name of each document.

✓1.   **Static 99R Assessment:** 2 pages = $.50 ✓
→✓2.  **Static 99R Assessment Manual (2016):** 94 pages = $23.50 ✓
✓3.   **SOTIPS Assessment Manual (not routinely used):** 35 pages = $8.75 ✓
→✓4.  **STABLE Assessment Manual (not routinely used):** 194 pages = $48.50 ✓
✓5.   **SOCTP Guidelines (2016):** 50 pages = $12.50 ✓
✓6.   **FOM 3067 Dorm Use During Program Hours:** 2 pages = $.50 ✓
✓7.   **FOM 3068 SOCTP Unauthorized Materials:** 1 page = $.25 ✓
✓8.   **FOM 3069 SOCTP Removal Policy:** 1 page = $.25 ✓
✓9.   **SOCTP Orientation Handbook:** 10 pages = $2.50 ✓
✓10. **SOCTP Offender Orientation to the Therapeutic Community** = 6 pages = $1.50 ✓
✓11. **Therapeutic Community Contract:** 1 page = $.25 ✓
✓12. **TC Termination Standards:** 2 pages = $.50 ✓
✓13. **Ten Steps to Personal Change:** 1 page = $.25 ✓
✓14. **SOCTP Waivers & Contracts:** 4 pages = $1.00 ✓
15. **SOCTP Initial Treatment Plan:** 1 page = $.25 ✓
✓16. **Sentencing Minutes (Ind.# 2720-2016):** 37 pages = $9.25 ✓
✓17. **Defendant and Witness Trial Testimony:** The records requested are not maintained by the State of New York Department of Corrections and Community Supervision. We suggest that you write directly to the county of conviction.   *oh*

We have 441 pages of records available. Please provide a disbursement in the amount of $110.25 covering the $.25 per page photocopying fee, and the requested documentation will be forwarded to you.

If you do not agree with any part of this decision, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-2050.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.

 J-1    

Please note that as of the date of this response, your current spendable balance is $0.00. no records will be provided until payment has been processed.

Regards,


Dr. Brotz
Psychologist II / FOIL Officer
SOCTP



CC:    FOIL Records



I-1      393



# Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

November 16, 2021

Sanjay Tripathy
18R1673
Collins C.F.

> **Re: FOIL Log No. CO-21-11-143**
> **(SOCTP Funding ?)**

Dear S. Tripathy:

This is in response to your letters requesting records under the New York State Freedom of Information Law.

We are attempting to determine what, if any, records are available concerning your request. We anticipate a reply should be forwarded to you by December 28, 2021.

*as part of the ongoing response to the covid-19 pandemic, there may be delays in response to foil requests. Thank you for your patience.

Sincerely,

*s./ Sandra Catalfamo*

Sandra Catalfamo
Program Aide
F.O.I.L Unit

/sc

P-2

 **NEW YORK STATE** | **Corrections and Community Supervision**



*rcvd*
*12/28/2021*

**KAHTY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

December 15, 2021

Sanjay Tripathy
18R1673
Collins C.F.

**Re:   FOIL Log No. 21-11-143**
**(soctp funding)**

Dear S Tripathy:

This is in response to your letter requesting records under the New York State Freedom of Information Law.

We are sorry for the delay; however, we are in the process of reviewing records that may be responsive to your request in accordance with the New York State Freedom of Information Law. We expect to be responding to your request by January 27, 2022.

*as part of the ongoing response to the covid-19 pandemic, there may be delays in response to foil requests. Thank you for your patience.

Sincerely,

*s. / Sandra Catalfamo*

Sandra Catalfamo
Program Aide – FOIL Specialist

/sc



*Appealed*
*1/30/22*



| NEW YORK STATE | **Corrections and Community Supervision** |
|---|---|

**KATHY HOCHUL**, Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

November 16, 2021

Tripathy, S.  (18R1673)
D-1-40

**Re:     FOIL Log # COL-043-21**

Dear Mr. Tripathy,

This is in response to your New York State Freedom of Information Law request for the (7) pages in the SOTIPS Manual and SOCTP Orientation handbook that you report were not included in your original request. I am looking into this matter and will gladly provide you with anything that was inadvertently missed.

I have also received your tab regarding the errors that you believe were made in the scoring of your Static 99R Risk Assessment. I will review your concerns; along with the scoring of your assessment, and respond to you regarding this matter at my earliest convenience.

On Tuesday, November 16th I received your request regarding any documents, memos, etc. related to program overrides. We are continuing to search for any responsive records that may be releasable in accordance with the New York State Freedom of Information Law.

I apologize for the delay. We expect to provide a final response to your requests by COB Friday, December 3, 2021.

Regards,

_See Program Overrides._

Dr. Brotz
Psychologist II / FOIL Officer
SOCTP

CC:
    File

recd 11/17/2021 @ 4:35pm
collins CF Dorm D1/40

_ℐ-3_                                                        (396)



**NEW YORK STATE** | **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

*rcvd 1/6/2022 Legal Mail Collins CF*

December 29, 2021

Sanjay Tripathy
18R1673
Collins C.F.

Re:   **FOIL Log No. 21-11-315**
**(SOCTP Guideline)**

Dear S. Tripathy:

This is in response to your letter requesting records under the New York State Freedom of Information Law.

We are sorry for the delay; however, we are continuing to search for any responsive records that may be releasable in accordance with the New York State Freedom of Information Law. We expect to be responding to your request by January 28, 2022.

Sincerely,

*s./ Sandra Catalfamo*

Sandra Catalfamo
Program Aide – Foil Specialist

*for SOCTP Program Overrides*

/sc



*Approved 1/30/22*

*I-4*

(397)

The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov



| | |
|---|---|
| **NEW YORK STATE** | **Corrections and Community Supervision** |

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

January 7, 2022

Sanjay Tripathy (18R1673)
Collins Correctional Facility
Middle Road, P.O. Box 400
Collins, N.Y. 14034

RE:   FOIL Appeal Log No. A-0006-22

Dear Sanjay Tripathy:

Counsel's Office reviewed your Freedom of Information Law ("FOIL") appeal dated December 20, 2021 and received on January 4, 2022. We also reviewed your initial request to the FOIL Officer at Collins Correctional Facility ("Collins") (FOIL Log No. COL-043-21).

In your appeal, you stated that your FOIL request for various documents from the SOCTP program was "incomplete and unanswered." Based on our review of this matter, we have confirmed that the requested documents were sent to you by the FOIL Officer at Collins on January 5, 2022.

Accordingly, your appeal is MOOT.

*SOCTP override Criteria provided*

Regards,

*Michael J. Ranieri*

Michael J. Ranieri
FOIL Appeals Officer

MJR: 55
cc:   Superintendent, Collin Correctional Facility
       FOIL Officer, Collins Correctional Facility
       Committee on Open Government
       Central Office File

*rcvd 1/18/2022 Legal Mail Collins*

*P-5*

*898*



**NEW YORK STATE** | **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

January 31, 2022

Tripathy, S.  (18R1673)
D-4-40

**Re:    SOCTP FOIL Request**

Dear Mr. Tripathy,

This is in response to your tab requesting any new or updated SOCTP Marial since December 2021.

Please be advised that there have not been any changes to the program or curriculum; therefore, there is nothing to send to you.

In regards to your "Outstanding" FOILS. Council's Office will be handling your request for anything related to myself or my credentials. Any questions related to this request should be directed to their office.

In addition, as you have been informed in the past, the CBRI is not a tool that is used anymore; therefore, you do not have a score. This FOIL will be considered closed.

Regards,

Dr. Brotz
Psychologist / FOIL Officer
SOCTP

rcv'd 2/17/2022 [D4[Dorm]
see how it has been backdated to 1/31/22
[malicious] whereas CBRI discussinc [with Dr Brotz] was done in Dorm D4 on 2/16/22
[inperson] in around 11:30 AM

CC: Council's Office
      Assistant Counsel, FOIL Unit
      Acting DSP VanNote
      File



I-6



399



## NEW YORK STATE | Corrections and Community Supervision

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

February 11, 2022

Tripathy, S.(18R1673)
D-4-40

Re:   **FOIL Log No. COL-0058-22**

Dear Mr. Tripathy,

This is in response to your New York State Freedom of Information Law request for copies of your CBRI Assessment, all associated information, and various documents related to myself.

We no longer utilize the CBRI Assessment ; therefore, there is no assessment to give you. We are not required to create a document if it does not already exist. Please let me know if you still want the information related to the assessment.

In regards to your request for various documents in regards to myself, my professional career and credentials, this request is currently under review by Counsel's Office. They will respond to you once a determination has been made.

Sincerely,

Dr. Brotz
Psychologist II / FOIL Officer
SOCTP

CC:   FOIL Records

If you do not receive a response or delay notification by the date specified, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-2050.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.

 



# Corrections and
# Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

March 2, 2022

Tripathy, S.  (18R1673)
D-3-22

Re:     FOIL Request:  COL-064-22

Dear Mr. Tripathy,

This is in response to your tab requesting copies of the STABLE, SOTIPS, any other assessments that have been completed. Currently, none of these assessments have been completed; therefore, there is nothing to provide you.

You also submitted another request for my credentials. As you have been told on at least 3 other occasions, this request is being handled by Counsel's Office and any inquires regarding this matter should be directed to them.

Regards,

Dr. Brotz
Psychologist / FOIL Officer
SOCTP

CC: File



  



FOIL REQUEST - URGENT

To: Dr. R. Brotz, Psychologist and FOIL Officer; SOCTP Program, Collins CF,
    Middle Road, PO Box 490, Collins, NY 14034-0490
From: Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
Date: Friday, March 11th, 2022
Subject: FOIL - SOCTP Materials [Program]

I would like to FOIL the following SOCTP program materials. Please advise how
many pages [#s] so I can send in the disbursement [Payment] for the copies.
1. SOCTP Clinical Record: Please refer to Page 28-29 [SOCTP Guidelines Feb
   2016] - "ACCESS TO CLINICAL RECORD" pursuant to the procedure in the Health
   Services Policy Manual [HPSM] 4.10; II DESCRIPTION II.A. Definition -
   The SOCTP Clinical Record is a Health Record.; III TYPES OF REQUESTS III.A.2.
   Inmate Requests ...inmate to view and/or obtain a copy of their Clinical
   Record must be made in writing to senior treatment provider (Psychologist..)
   at the treatment site.
   Request: Under FOIL I would like to view/obtain any/all of my SOCTP Clinical
   Record.
2. SOCTP Curriculum: Full curriculum [including but not limited to] Instruc-
   tions, guidelines, methodolgy, rubric, examples etc. for filling out and
   completing monthly evaluations [Attachment 11 and 12 in the SOCTP Guidelines
   Feb 2016] to understand the process in detail.
   Request: I need all material/documents for these monthly evaluations.
3. SOCTP Manual/Curriculum for Instructors/Staff: Need full copy.
Request your answer in detail including [but not limited to] pages [#s],
materials, reasons [specific for denial if any]. My reasons for the FOIL are
both educational and legal so as to ensure that I have a good understanding
of the material, so I can benefit from it and also ensure that my monthly
evals are based on facts [that are documented and provable] and not just
someone's opinion [for which theres no scientific or factual basis].
As you may be aware I am being moved to Level-2 [Moderate-Risk] starting Monday
March 14th, 2022 despite my strong objections, that the determination is
unlawful, arbitrary and capricious, and abuse of discretion, based on made-up
and unapproved criteria, relaince on wrong facts and just someone's opinion,
that will cause irreparable harm [to me and my interests] and I donot have
a choice [am being forced] despite my Static99R scores [1 which per DOCCS
manual only entail the low-risk program]. Respectfully Submitted - Sanjay
An innocent man illegally incarcerated and religiously persecuted   Tripathy
by The State of New York and State Actors under the Color of Law;

P - 9                    (402)

## FOIL REQUEST - URGENT

---

To: FOIL Records Officer, DOCCS, Office of the Counsel, State Campus, Building
    #4, 1220 Washington Avenue, Albany, NY 12226-2050
From: Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
Date: Friday, March 11th, 2022
Subject: FOIL - SOCTP Program Materials

---

I would like to FOIL the following SOCTP [Sex-Offender] Program Materials.
Please advise how many pages [#s] so I can arrange for the payment.
1. SOCTP Program Curriculum -  full curriculum. Note this is not the  SOCTP
   Guidelines February 2016 [50 Pages] which I already have. This request
   is for assignbments, class materials, evaluations sample etc.
2. SOCTP Instructors Manual - full manual
3. SOCTP Program Overrides Criteria [Requesting Again] - This is DOCCS Approved
   [Memorandum, Email, Policy and Procedure etc.] that is dated, signed and
   used across DOCCS for moving/overriding partcipants [from low-risk to
   moderate-risk; moderate-risk to high-risk; and low-risk to high-risk]
   despite their Static99R scores.
Respectfully Submitted,
_Sanjay Tripathy_ 3/11/2022
Sanjay Tripathy
An innocent man illegally incarcerated and religiously persecuted by The
State of New York and State Actors under the Color of Law;

  



**NEW YORK STATE OF OPPORTUNITY.** | **The Secure Treatment & Rehabilitation Center**

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, M.D. | DANIELLE TOPE, PsyD |
|:---:|:---:|:---:|
| Governor | Commissioner | Executive Director |

March 24, 2022

Sanjay Tripathy
Collins Correctional Facility
P.O. Box 340
Collins NY 14034-0340

Dear. Sanjay Tripathy,

This is in response to your March 14th Freedom of Information Law (FOIL) request for documents related to the risk level assigned to sex offenders incarcerated within the New York State Department of Corrections and Community Services (DOCCS). It has been determined that we do not have any documents that are responsive to your request and you are encouraged to contact DOCCS for documents related to the risk level assigned to sex offenders incarcerated within their facilities.

Should you wish to appeal any aspect of this determination, a request for an appeal must be received within 30 days of your receipt of this letter and should be addressed to: OMH FOIL Appeals Officer, House Counsel, NYS Office of Mental Health, 44 Holland Avenue, Albany, NY 12229.

Sincerely,

Danielle Tope, Psy.D.
Executive Director

cc: File #22-037

*[handwritten:] Pertains to Overide Criteria revd of SOCTP program SOTP [OMH] 3/31/2022 Collins CF Legal Mail*

---

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

STARC – Oakview, P.O. Box 300, Marcy, NY 13403-0300  I  STARC – Bridgeview, 1 Chimney Point Drive, Ogdensburg, NY 13669-2291

*[handwritten: I-11.]*   (404)   

FOIL - Request

Date: Friday, March 25th/2022

To : FOIL Records Officer, DOCCS - Office of
     the Counsel, ~~Albany~~ 1220 Washington Avenue,
     Albany, NY 12226-2050

From: SANJAY TRIPATHY; 18R1673; D4/40,
      Collins CF, PO Box 340, Collins, NY 14034

Subject: FOIL Request

I would like to FOIL the following
documents/information. which is public information
and not specific to any name/person:

① Job Description/
  Roles and Responsibilities
  for DOCCS SOCTP Program
   — Psychologist (I/II)
   — Social Worker (I/II)

Thanh You.

S.ANJAY TRIPATHY
                 /3/25/2022
S.ANJAY TRIPATHY
18R1673

~~8018~~ I-12            (405)

<u>FOIL - Follow Up</u>

Date: Monday, March 28th/2022

To: Dr. R. Brotz, Psychologist/FOIL,
Collins CF.

Cc: DOCCS - office of the Counsel/FOIL
(Handwritten copy)

From: SANJAY TRIPATHY; 18R1673; D4/40;
Collins CF.

Subject: <u>FOIL Follow Ups/Updates</u>

I would like to follow up on my urgent
FOIL requests that I had sent to over 2
weeks back

    — CBR1 Information

    — Clinical Record (HIPAA) SOCTP

    — SOCTP Info

      — Assessments (Monthly Evals)

      — Instructors Manual [Curriculum]

Please let me know when I can access this
material.

Thank You for your attention.

[signature] 3/28/2022

SANJAY TRIPATHY
18R1673

I-12     (406)

(hk copy)

## FOIA/FOIL Request

To: FOIA/FOIL Records Officer; Office of Mental Health, 44 Holland Avenue, Albany, NY 12229
    Attn: Office of Chief Counsel and Deputy Commissioner (Mark Noordsy)
From: Sanjay Tripathy (Petitioner); 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340

Date: Monday, January 10th, 2022

Subject: Document/Information Request (FOIA/FOIL) - Urgent/Time Sensitive

Petitioner ("Sanjay Tripathy") requests the following information/documents in your agencies possession/knowledge under the United States Freedom of Information Act (FOIA), the Privacy Act of 1974, and the New York State Freedom of Information Law (FOIL). This request is urgent and time sensitive, thus Petitioner requests your immediate attention. By law, you are required to provide a timely and comprehensive response. As petitioner is currently incarcerated, he has no access to online/electronic information or any such means to access, search or communicate with, thus it is required that information/documents only be provided via physical ("paper") methods. Petitioner seeks such information/documents to legally fight either his illegal/unconstitutional incarceration and such unconstitutional acts perpetrated by Governments and its Actors under the Color of Law.

Background: Materials/Documents/Information to your Sex Offender Program (SOTP/SOCTP/or other names) under which participants are determined to be in low risk/moderate risk/high risk (duration/ length of program) program related to how much time they need to spend undergoing the program. Request related to assessments and tools used (e,g. Static99R/CBRI other tools) to identify placement and also any assessments/tools used to determine any overrides. (e,g, based on Static99R score of 1 and thus they need the low risk program, but now they are recommended the moderate risk program).

Request: Any/every approved memos/guidelines/policies and procedures that are used/in place for such overrides (as described above) not limited to factors, criteria, clinical determination (including how these overrides are done? who does them? why are they done? who reviews and approves them? and what is the scientific basis for these overrides including upward/downward recommendations? any appeals process to challenge these overrides);

This information is urgent and time sensitive and thus petitioner requests your early attention. Petitioner is willing/able to pay for these documents/ information as soon as he gets your detailed response. Thank you for your help.

Respectfully Submitted,

Sanjay Tripathy; 18R1673; 1/10/2022

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An Innocent man illegally incarcerated and religiously persecuted by The
State of New York and State Actors under the Color of Law   I-13   (407)

<u>FOIA/FOIL Request</u>

===

To: FOIA/FOIL Records Officer; OMH, New York Psychiatric Institute, 1051
    Riverside Drive, New York, NY 10032 (Attn: <u>Jeffrey A. Lieberman, MD, ExecDir</u>

From: <u>Sanjay Tripathy</u> (Petitioner); 18R1673, Collins CF, PO Box 340, Collins,
                                NY 14034-0340

Date: Monday, January 10th, 2022

Subject: <u>Document/Information Request (FOIA/FOIL) - Urgent/Time-Sensitive</u>

---

Petitioner ("Sanjay Tripathy") requests the following information/documents
in your agencies possession/knowledge under the United States Freedom of
Information Act (FOIA), the Privacy Act of 1974, and the New York State
Freedom of Information Law (FOIL). This request is urgent and time sensitive,
thus Petitioner requests your immediate attention. By law, you are required
to provide a timely and comprehensive response. As petitioner is currently
incarcerated, he has no access to online/electronic information or any
such means to access, search or communicate with, thus it is required that
information/documents only be provided via physical ("paper") methods.
Petitioner seeks such information/documents to legally fight either his
illegal/unconstitutional incarceration and such unconstitutional acts
perpetrated by Governments and its Actors under the Color of Law.

<u>Background:</u> Materials/Documents/Information to your Sex Offender Program
        (SOTP/SOCTP/or other names) under which participants are
        determined to be in low risk/moderate risk/high risk (duration/
        length of program) program related to how much time they need
        to spend undergoing the program. Request related to assessments
        and tools used (e,g. Static99R/CBRI other tools) to identify
        placement and also any assessments/tools used to determine
        any overrides (e,g, based on Static99R score of 1 and thus they
        need the low risk program, but now they are recommended the
        moderate risk program).
<u>Request:</u> Any/every approved memos/guidelines/policies and procedures that are
        used/in place for such overrides (as described above) not limited
        to factors, criteria, clinical determination (including how these
        overrides are done? who does them? why are they done? who reviews
        and approves them? and what is the scientific basis for these
        overrides including upward/downward recommendations? any appeals
        process to challenge these overrides);

This information is urgent and time sensitive and thus petitioner requests
your early attention. Petitioner is willing/able to pay for these documents/
information as soon as he gets your detailed response. Thank you for your help

Respectfully Submitted,
Sanjay Tripathy; 18R1673; 1/10/2022

===

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An Innocent man illegally incarcerated and religiously persecuted by The
State of New York and State Actors under the Color of Law $I-13$   (408)

## FOIA/FOIL Request

To: FOIA/FOIL Records Officer; OMH, Central NY Psychiatric Center, Old River Rd. Marcy, NY 13403 (Attn: Deborah McCulloch, Executive Director)

From: Sanjay Tripathy (Petitioner); 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340

Date: Monday, January 10th, 2022

Subject: Document/Information Request (FOIA/FOIL) - Urgent/Time Sensitive

---

Petitioner ("Sanjay Tripathy") requests the following information/documents in your agencies possession/knowledge under the United States Freedom of Information Act (FOIA), the Privacy Act of 1974, and the New York State Freedom of Information Law (FOIL). This request is urgent and time sensitive, thus Petitioner requests your immediate attention. By law, you are required to provide a timely and comprehensive response. As petitioner is currently incarcerated, he has no access to online/electronic information or any such means to access, search or communicate with, thus it is required that information/documents only be provided via physical ("paper") methods. Petitioner seeks such information/documents to legally fight either his illegal/unconstitutional incarceration and such unconstitutional acts perpetrated by Governments and its Actors under the Color of Law.

Background: Materials/Documents/Information to your Sex Offender Program (SOTP/SOCTP/or other names) under which participants are determined to be in low risk/moderate risk/high risk (duration/ length of program) program related to how much time they need to spend undergoing the program. Request related to assessments and tools used (e,g. Static99R/CBRI other tools) to identify placement and also any assessments/tools used to determine any overrides. (e,g; based on Static99R score of 1 and thus they need the low risk program, but now they are recommended the moderate risk program).

Request: Any/every approved memos/guidelines/policies and procedures that are used/in place for such overrides (as described above) not limited to factors, criteria, clinical determination (including how these overrides are done? who does them? why are they done? who reviews and approves them? and what is the scientific basis for these overrides including upward/downward recommendations? any appeals process to challenge these overrides);

This information is urgent and time sensitive and thus petitioner requests your early attention. Petitioner is willing/able to pay for these documents/ information as soon as he gets your detailed response. Thank you for your help.

Respectfully Submitted,

Sanjay Tripathy; 18R1673; 1/10/2022

---

Sanjay Tripathy; 18R1673, Collins CF, PO Box 340, Collins, NY 14034-0340
An Innocent man illegally incarcerated and religiously persecuted by The
State of New York and State Actors under the Color of Law   I-13   (409)

 **NEW YORK STATE** | **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

March 22, 2022

Sanjay Tripathy
18R1673
Collins C.F.

**Re: FOIL Log No. CO-22-03-249**
**(SOCTP Information)**

Dear S Tripathy:

This is in response to your letters requesting records under the New York State Freedom of Information Law.

We are attempting to determine what, if any, records are available concerning your request. We anticipate a reply should be forwarded to you by April 21, 2022.

Sincerely,

*s./ Sandra Catalfamo*

Sandra Catalfamo
Program Aide
F.O.I.L Unit

/sc

*relates to SOCTP Program*
*Override Criteria*
*2nd 3/31/2023*
*Legal Mail*
*Collins CF*