Amended Complaint

Case #21-CV-05349-VB
[Tripathy v. Peuz et. al.]
SDNY

**Exhibit (J)**

(411)

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
SEX OFFENDER COUNSELING AND TREATMENT PRORAM

*Collins*
~~Gowanda~~ Correctional Facility

*Low Risk Treatment Plan*
*Level One*

| TREATMENT GOAL | TREATMENT MODALITY | EVALUATION CRITERIA |
|---|---|---|
| Inmate will actively participate in group, and any other program related activities, and will demonstrate an understanding of how curriculum material applies to himself using specific examples from his life, past behaviors, and offense as appropriate within the curriculum. | Group Therapy Psychoeducation Journal Daily | Staff Observation Completed Assignments Review of journal entries |
| Identify and change maladaptive patterns of thinking and maladaptive behaviors, and demonstrate an understanding of the link between thoughts, feelings, and behaviors. | Group Therapy Psychoeducation Journal Daily | Staff Observation Completed Assignments Review of journal entries |
| Identify and implement a plan to adequately control anger, aggression and/or self-destructive behaviors. | Group Therapy Psychoeducation Journal Daily | Staff Observation Completed Assignments Review of journal entries |
| Inmate to demonstrate an understanding of healthy vs. unhealthy relationships. | Group Therapy Psychoeducation Journal Daily | Staff Observation Completed Assignments Review of journal entries |
| Identify and practice interventions for self-destructive thoughts/fantasies/urges. | Group Therapy Psychoeducation Journal Daily | Staff Observation Completed Assignments Review of journal entries |
| *Identify people, places & things, I need to change to not end up in this situation in the future.* | *Group Therapy Psychoeducation Journal Daily* | *Staff Observation Complete Assignment review journal entries.* |

By signing below, I am consenting to this treatment plan:

| | | |
|---|---|---|
| *Anthony S*    *18R1673* | *[signature]* | *10/29/2021* |
| Inmate Name (Print)    DIN | Inmate Signature | Date |
| *Y Parker* | *[signature] CCC* | *10/29/21* |
| Program Staff Name (Print) | Staff Signature | Date |

Cc:  Inmate/SOP Folder/Homework

*J-1*          (412)

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
SEX OFFENDER COUNSELING AND TREATMENT PROGRAM

# INDIVIDUAL TREATMENT NEEDS - TREATMENT PLAN

CHECK ONE:        (X) Level I        () Level II        ( ) Level III

| TREATMENT GOAL | TREATMENT MODALITY | EVALUATION CRITERIA |
| --- | --- | --- |
| Provide feedback to peers in a pro-social manner. | Group therapy/Psycho-educational/Journal daily | Completing homework/Staff observation and Journal entries |
| Identify the unhealthy thoughts and feelings that contributed to your deviant sexual behaviors. | Group therapy/ Psycho-educational/Journal daily | Completing homework/Staff observation and Journal entries. |
| Identify the unhealthy core beliefs and values that supported your offending behaviors. | Journal daily | Completing homework/Staff observation and Journal entries. |

By signing below, I am consenting to this treatment plan:

Tripathy, Sanjay _____        _____        12/30/2021
Offender Name (Printed)        Offender Signature        Date

L. Jakiela, LMSW2 ___        _L. Jakiela, LMSW2___        12/30/2021
Program Staff Name (Printed)        Staff Signature        Date

Offender Name: Tripathy, Sanjay        DIN # 18R1673        Facility: Collins

J-1

(413)

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
SEX OFFENDER COUNSELING AND TREATMENT PROGRAM

# INDIVIDUAL TREATMENT NEEDS – TREATMENT PLAN

CHECK ONE:          () Level I          (X) Level II          ( ) Level III

| TREATMENT GOAL | TREATMENT MODALITY | EVALUATION CRITERIA |
|---|---|---|
| Speak and act supportively to the program rules and participate in a pro-social manner. | Group therapy/Psycho-educational/Journal daily | Completing homework/Staff observation and Journal entries |
| Demonstrate acceptance and responsibility for behavior that led to conviction and referral to program. | Group therapy/ Psycho-educational/Journal daily | Completing homework/Staff observation and Journal entries. |
| Complete your sexual abuse cycle and gain further insight into your behaviors. | Journal daily | Completing homework/Staff observation and Journal entries. |

By signing below, I am consenting to this treatment plan:

Tripathy, Sanjay                          _____          03/17/2022
Offender Name (Printed)          Offender Signature                    Date

L. Jakiela, LMSW2                     _L. Jakiela, LMSW2_               03/17/2022
Program Staff Name (Printed)    Staff Signature                         Date

_____

Offender Name: Tripathy, Sanjay          DIN # 18R1673          Facility: Collins



J-1                    414



**NEW YORK STATE**

# Corrections and
# Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

**ATTACHMENT 11**

### Sex Offender Counseling and Treatment Program
### Monthly Evaluation for Low Risk (Level I, II) Participants

Name   TRIPATHY

DIN   18R1673

| | | Month/Year | November 2021 |
|---|---|---|---|
| | | Month/Year began program | November 2021 |

| INDICATOR: | DEMONSTRATES BEHAVIOR: | | | |
|---|---|---|---|---|
| | Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
| Understanding of program material | | X | | |
| Engagement in group | | X | | |
| Displays appropriate behavior | | X | | |
| Accepts criticism/feedback | | | X | |
| Supportive of staff/peers | | X | | |
| Sets goals/ takes steps to accomplish | | | X | |
| Completes homework thoroughly/timely | | X | | |
| Follows group/facility standards | X | | | |
| Column Score | 2 | 5 | 1 | |
| Total Score | 8 | | | |

| | |
|---|---|
| Demonstrates behavior consistently & independently (2 points) | Highly motivated    13-16 |
| Demonstrates behavior often with prompting (1 point) | Motivated    9-12 |
| Demonstrates behavior occasionally with substantial prompting (.5 points) | Needs improvement    5-8 |
| Does not demonstrate the behavior at all (0 points) | Below minimum standard    0-4 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: <u>Section 5 Module 1 "Cycle Terms".  Group is currently working on Section 5 Module 2 "Behavior".</u>
<u>II is encouraged to participate daily and be more receptive to accepting feedback.  II also asked questions if he doesn't</u>
<u>understand program material.  II journal is up to date and homework is completed as assigned.</u>

Offender Comments:

_____   12/1/21          _____   12/1/21
Treatment Staff Signature          Date          Inmate Signature          Date

cc:    Guidance Folder
       Community Supervision Folder
       Inmate



# Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

**ATTACHMENT 11**

### Sex Offender Counseling and Treatment Program
### Monthly Evaluation for Low Risk (Level I, III) Participants

| | | | | December 2021 |
|---|---|---|---|---|
| Name | TRIPATHY | Month/Year | | |
| DIN | 18R1673 | Month/Year began program | | November 2021 |

| INDICATOR: | Consistently & independently | DEMONSTRATES BEHAVIOR: Often, with prompting | Occasionally, with substantial prompting | Not at all |
|---|---|---|---|---|
| Understanding of program material | X | | ___ | ___ |
| Engagement in group | X | | ___ | ___ |
| Displays appropriate behavior | X | | ___ | ___ |
| Accepts criticism/feedback | | X | ___ | ___ |
| Supportive of staff/peers | | X | ___ | ___ |
| Sets goals/ takes steps to accomplish | ___ | X | | |
| Completes homework thoroughly/timely | X | | ___ | ___ |
| Follows group/facility standards | X | | ___ | ___ |
| Column Score | 10 | 3 | | |
| Total Score | 13 | | | |

Demonstrates behavior consistently & independently (2 points)
Demonstrates behavior often with prompting (1 point)
Demonstrates behavior occasionally with substantial prompting (.5 points)
Does not demonstrate the behavior at all (0 points)

| | |
|---|---|
| Highly motivated | 13-16 |
| Motivated | 9-12 |
| Needs improvement | 5-8 |
| Below minimum standard | 0-4 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: <u>During this evaluation period it appears you took suggestions from both group and your prior month's evaluation into consideration and increased your participation and responsibility to start setting goals for yourself to start to make positive changes. Your sexual history assignment was completed and presented to group. Good job being receptive to feedback from peers and staff. Your homework is completed timely, and your journaling is appropriate. Keep up the good work.</u>

Offender Comments:

_____  1/3/2022
Treatment Staff Signature          Date

_____  1/3/2022
Inmate Signature                  Date

cc:   Guidance Folder
      Community Supervision Folder
      Inmate

J-2

(416)



# Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## ATTACHMENT 11

**Sex Offender Counseling and Treatment Program**
**Monthly Evaluation for Low Risk (Level I, III) Participants**

| | | | |
|---|---|---|---|
| Name | TRIPATHY | Month/Year | January 2022 |
| DIN | 18R1673 | Month/Year began program | November 2021 |

| INDICATOR: | DEMONSTRATES BEHAVIOR: | | | |
|---|---|---|---|---|
| | Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
| Understanding of program material | X | | | |
| Engagement in group | X | | | |
| Displays appropriate behavior | X | | | |
| Accepts criticism/feedback | | X | | |
| Supportive of staff/peers | | X | | |
| Sets goals/ takes steps to accomplish | _____ | X | | _____ |
| Completes homework thoroughly/timely | X | | | |
| Follows group/facility standards | X | | | |
| Column Score | 10 | 3 | | |
| Total Score | 13 | | | |

| | | |
|---|---|---|
| Demonstrates behavior consistently & independently (2 points) | Highly motivated | 13-16 |
| Demonstrates behavior often with prompting (1 point) | Motivated | 9-12 |
| Demonstrates behavior occasionally with substantial prompting (.5 points) | Needs improvement | 5-8 |
| Does not demonstrate the behavior at all (0 points) | Below minimum standard | 0-4 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: : This evaluation period was conducted using a remote learning schedule due to the COVID Pause". During this time, you have completed all cube assignments for Section 2 Module 3 "Understanding Responses", Section 2 Module 3 "Dealing with Emotions", Section 2 Module 4" Dealing with Emotions" and Section 2 Module 5 "Defense Mechanisms/Denial" and Section 3 Module 1 "Values & beliefs". Your journal was reviewed, and you appear to be gaining insight into program materials and are starting to apply what you are learning to helping yourself. Your homework is completed timely. The essay assignments show insight into what group discussions would be about. Keep up the good work.

Offender Comments:

| | | | |
|---|---|---|---|
| _____ | 2/1/2022 | _____ | _____ |
| Treatment Staff Signature | Date | Inmate Signature | Date |

cc:      Guidance Folder
        Community Supervision

NYSDOCCS Sex Offender Counseling and Treatment Program

J-2

417



**NEW YORK STATE**

# Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

**ATTACHMENT 11**

Sex Offender Counseling and Treatment Program
Monthly Evaluation for Low Risk (Level I, III) Participants

Name    TRIPATHY

DIN     18R1673

Month/Year    **February 2022**

Month/Year began program    November 2021

| INDICATOR: | Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
|---|---|---|---|---|
| | | DEMONSTRATES BEHAVIOR: | | |
| Understanding of program material | X | | ___ | ___ |
| Engagement in group | X | | ___ | ___ |
| Displays appropriate behavior | X | | ___ | ___ |
| Accepts criticism/feedback | | X | | |
| Supportive of staff/peers | X | | ___ | ___ |
| Sets goals/ takes steps to accomplish | ___ | X | | |
| Completes homework thoroughly/timely | X | | | |
| Follows group/facility standards | X | ___ | ___ | |
| Column Score | 12 | 2 | | |
| Total Score | 14 | | | |

Demonstrates behavior consistently & independently (2 points)
Demonstrates behavior often with prompting (1 point)
Demonstrates behavior occasionally with substantial prompting (.5 points)
Does not demonstrate the behavior at all (0 points)

| | |
|---|---|
| Highly motivated | 13-16 |
| Motivated | 9-12 |
| Needs improvement | 5-8 |
| Below minimum standard | 0-4 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: **This evaluation period COVID Pause was lifted. II participated in a group presentation to reflect his understanding of cube assignments appropriately. II journaled appropriately. II continues to appropriately participate in group since returning to in person group. II appears to be self-directed in helping his fellow peers in group. II is encouraged to continue on this track of accountability, growth and personal responsibility.**

Offender Comments:

_____    3/1/2022
Treatment Staff Signature        Date

_____    3/1/2022
Inmate Signature                 Date

cc:    Guidance Folder
       Community Supervision Folder        Inmate

NYSDOCCS Sex Offender Counseling and Treatment Program

J-2

(418)



**NEW YORK STATE**

# Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

**ATTACHMENT 11**

Sex Offender Counseling and Treatment Program
Monthly Evaluation for Low Risk (Level I, III) Participants

| | | |
|---|---|---|
| Name TRIPATHY | Month/Year | March 2022 |
| DIN 18R1673 | Month/Year began program | November 2021 |

| INDICATOR: | Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
|---|---|---|---|---|
| Understanding of program material | X | | | |
| Engagement in group | X | | | |
| Displays appropriate behavior | X | | | |
| Accepts criticism/feedback | | X | | |
| Supportive of staff/peers | X | | | |
| Sets goals/ takes steps to accomplish | | X | | |
| Completes homework thoroughly/timely | X | | | |
| Follows group/facility standards | X | | | |
| Column Score | 12 | 2 | | |
| Total Score | 14 | | | |

Demonstrates behavior consistently & independently (2 points)
Demonstrates behavior often with prompting (1 point)
Demonstrates behavior occasionally with substantial prompting (.5 points)
Does not demonstrate the behavior at all (0 points)

| | |
|---|---|
| Highly motivated | 13-16 |
| Motivated | 9-12 |
| Needs improvement | 5-8 |
| Below minimum standard | 0-4 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: : Tripathy participated in group to reflect his understanding of group topics appropriately. He journaled appropriately. He is self-directed in helping his fellow peers in group. Tripathy is encouraged to continue on this track of accountability, growth and personal responsibility.

Offender Comments:

| | | | |
|---|---|---|---|
| Treatment Staff Signature | 3/29/2022 Date | Inmate Signature | 4/6/2022 Date |

cc:     Guidance Folder
        Community Supervision Folder                    Inmate

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## COLLINS CORRECTIONAL FACILITY
### SEX OFFENDER PROGRAM

## TREATMENT PROGRESS

NAME:  TRIPATHY, SANJAY          DIN #  18R1673

DATE RECEIVED:  10/19/2021          FROM:  FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 10/29/21 | II | II initial interview completed.  Notice of OOP reviewed and signed for Mette Risdal exp. 7/10/2033.  Limits of Confidentiality, Partial Waiver of Confidentiality & Acknowledgement, Waiver of Access to Pornography, Photographs, & other Materials, SOCTP Therapeutic Community Contact reviewed and signed. Initial Treatment Plan completed.  II provided copies of all documents.  PREA re-assessment completed.  II denies any PREA concerns.  KIPY & UIR completed, Pop. Mgt., & Outside Clearance completed.  BC n/a II born in India, >120days ERD SSC, pending ICE, ECI confirmed. | TP, ORC |
| 10/29/21 | SOCTP | SOCTP Orientation completed.  Journal instructions and journal given to II.  He was directed to start journaling today.  II will start SOCTP 11/1/21 group. II disclosed that yes, he had sex with a prostitute, and yes he hurt her. II stated he was convicted by jury and has pending appeal. II stated, the victim lied on the stand about what happened.  II also stated he has a lawsuit against DOCCS and informed ORC Parker she will be added to his lawsuit along with SORC Cotton, and Dr. Brotz. | TP, ORC |
| 11/3/21 | SOCTP | Journal Collected. II provided journaling topics and examples.  II does not appear to understand concept of journaling daily.  II also appears paranoid and wrote in journal how it is privileged information and confidential and not to be shared with anyone. | TP, ORC |
| 11/5/21 | SOCTP | S99R completed; score 1.  Override submitted to C/O requesting to maintain I/I's moderate risk status based on the following behaviors:  *I/I Tripathy was convicted of Criminal Sexual Act 1st, Sexual Abuse 1st, Strangulation 2nd, and Assault 2nd. This was the result of Tripathy locking the door in which he and the victim were present. He proceeded to hit her numerous times in the head and body with closed fist punches causing pain and injury. He pushed the victim onto the bed, placed his hands around her neck, and began choking her. He then forced his fingers into her vagina and anus without her consent and forced his penis into her mouth.* | RB PSYCH |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

J-3          (420)

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

## TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021          FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|------|------|------|------|
| 11/9/21 | SOCTP | OVERRIDE APPROVED. | RB PSYCH |
| 11/12/2021 | SOCTP | Writer met with Incarcerated Individual (I/I) to review Static 99R and deliver FOIL documents. Writer explained the Static 99R with I/I, he disagreed with item #9 stating. Writer explained he can write the author of the document. No other question or concerns. I/I was provided the copy of the Static 99R per his FOIL request. | LJ, LMSW2 |
| 11/15/21 | SOCTP | **BI-WEEKLY GROUP UPDATE:** Group completed Section 5 Module 1 "Cycle Terms". Group started Section 5 Module 2 "Behavior". Incarcerated Individual's (II) participation is appropriate. Group is also presenting Sexual Histories. II is encouraged to increase participation. II is encouraged to ask questions if he doesn't understand. | TP, ORC |
| 11/29/21 | SOCTP | **BI-WEEKLY GROUP UPDATE:** Group completed Section 5 Module 2 "Behavior" & Section 5 Module 3 "Thoughts & Feelings". Group is currently working on Section 5 Module 4 "Connecting Thoughts, Feelings & Behaviors". Incarcerated Individual's (II) participation is appropriate, however he had to be reminded that he needs to speak in a supportive manner. Example, if he doesn't or cannot relate to group material, he needs to stay that so that ORC an explain it in another way vs. making statements about how "this is extreme who does such a thing". II was reminded that being judgmental in group participation will do more harm than good for fellow peers. II is receptive feedback from fellow peers | TP, ORC |
| 12/1/21 | SOCTP | November evaluation: 8 (FAILING) | TP, ORC |

| CODE | REASON | CODE | REASON |
|------|------|------|------|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

J-3                         (421)

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## COLLINS CORRECTIONAL FACILITY
### SEX OFFENDER PROGRAM

## TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021          FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|------|-------------|---|----------------|
| 12/7/21 | SOCTP | Journal Collected. Reviewed. II journaling daily. II continues to significantly lack insight into offending behaviors. Entries consist of him stating how he can recognize his actions, but then blames everyone else for his current incarceration. II encouraged to focus on his behaviors vs. his appeal in journal entries.<br>11/3/21 Entry:<br><br>"it was a good day as I reflected on 3 things that were intent to why I am in this predicament and how I can work on myself.<br><br>These 3 things were part of the exercise (Control/Dominance/Power Projection/ Prostitutes/Porn)- all are part of my personality which led to a situation in which I put myself. I know I am the only one responsible for putting me in a situation which led to the incident and had I worked on these things positively it would have been possible to avoid it. This, as I go through the program I continue to learn/reflect internalize these so I will never be in such a situation. I am 100% confident that I will prevail as I have already done it for 2 years. Porn/Prostitutes combined with my dominate and power-hungry traits were a catalyst and recognizing those thoughts, feelings and behaviors can be an immense help to me."<br><br>11/12/21 Entry:<br>"I am a better person, more deliberate, more reflective, more humane as compared to June 16, 2016 (day of the incident). I have forgiven everybody-CW (MR) the complaining witness who committed perjury to convict me but I can't forgive the judge, da who knew that CW is committing perjury but did not do anything about it which not just morally wrong but illegal and constitutional. Well the criminal justice system screwed me over but not I control all the ….time will tell".<br><br>11/15/21 Entry:<br>"Today is November 15, 2021, another day but my 4th birthday in captivity for crimes I am 100% innocent of, crimes I did not commit, but I am incarcerated due to the illegal acts of the CW/DA/ and Trial Judge. | TP, ORC |

| CODE | REASON | CODE | REASON |
|------|--------|------|--------|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

J-3



422

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY    DIN # 18R1673

DATE RECEIVED: 10/19/2021    FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|------|--------------|---|----------------|
| 12/7/21 | SOCTP | Journal Review continued: II entries are focused on his appeal and the legal justice system not on his SOCTP participation, what he is learning and how the group topics apply to himself. II is encouraged to focus on himself and the group topics not on the legal actions he is perusing regarding journal entries. II will also be provided with a list of 100 journal topics to journal about. Journal does not meet minimum program standards at this time. | TP, ORC |
| 12/10/21 | SOCTP | BI-WEEKLY GROUP UPDATE: Group completed Section 5 Module 4 "Connecting Thoughts, Feelings & Behaviors".  Group is currently working on Section 5 Module 5 "Relapse Process". While discussing High Risk Situations Handout C II's were asked if they can identify any Seemingly Unimportant Decisions (SUD's) they have or have had that could lead them to a lapse and/or relapse. II was able to share the insight he has into what triggers he has had but also was open to sharing the coping skills he is developing.  An example of this for II is loneliness. II reports while on bail pending trial he changed his behavior to not put himself in risky situations that could lead him to hire an escort. II stated, "I didn't drink, I stopped going to strip clubs, I'd order dinner in my hotel room, I didn't go to bars anymore.  The only dinner I ate out at were with work colleagues." Incarcerated Individual's (II) participation is appropriate.  II is receptive to feedback. II is encouraged to positively participate to show understanding of group discussion and information. | TP, ORC |
| 12/15/2021 | SOCTP | Writer met with Tripathy to review his risk assessment override, per his request. He expressed that he disagreed with the override approval to moderate risk treatment and that he will be contacting central office to challenge it. He then explained to writer that he believes a decision on an override should only be made based on scientific evidence and that clinical judgment "is not enough." He explained to writer his belief that staff get money when they have more high and moderate risk level people in treatment.  Tripathy was provided with a copy of his override risk assessment per his FOIL request. | CB, LMSW2 |

| CODE | REASON | CODE | REASON |
|------|--------|------|--------|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

J-3



NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

## TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021          FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 12/23/21 | SOCTP | **BI-WEEKLY GROUP UPDATE:** Group completed Section 5 Module 5 "Relapse Process". Group is currently working on Section 2 Module 1 " WORKING WITH FEELINGS". II is starting to recognize the realm of feelings that human beings can experience. Recognize personal feelings that they have experienced from both good and bad experiences and recognize the feelings their victims may have felt from being sexually abused. Incarcerated Individual's (II) participation is appropriate. II is encouraged to positively participate to show understanding of group discussion and information. | TP, ORC |
| 12/30/21 | | Printed chrono for treatment team. | BF, OA2 |
| 12/30/20201 | TRP | I/I is being seen for his quarterly review. He reported he believes that for him, program is going well. He is thinking about things in the past and future. He states the key thing for his are his thoughts, feelings and behaviors and how the sequence of events are activated. He reported he did not hit his victim; denying violence and victim harm. He is encouraged to figure out the "why" regarding him being angry. He is appealing his case. He stated he has hired escorts in the past. He justified his behavior; stating  that in some of the places he hired escorts, it was 100% legal. He is asked why he felt the need to go outside of his marriage. He stated he has been hiring escorts since the age of 21 and the habit has not been broken. He stated he has been married for 20 years and his wife did not know he was doing this. He stated that he was out on bail when he was arrested for this offense and stated he did not hire any escorts. "I decided to do more productive things, such as spend time with family". He is able to identify coping skills. He reported that the escorts he used were registered with the government and were of legal age. He reported he checked the ID's of them also. It was discussed he struggles with empathy. It is reported he is behaviorally appropriate in group. He was given a treatment plan to review and sign at this time. He was also provided with a **counseling notification** for addressing staff by first name and his passive aggressive tone. He signed the treatment plan, however stated he has reservations about signing the counseling notification and refused to sign it. | LJ, LMSW2 |
| 1/3/22 | SOCTP | December evaluation: 13 | TP, ORC |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |



J-3

(424)

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

## TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021       FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|------|--------------|---|----------------|
| 1/3/22 | SOCTP | Journal collected.   Positive progress noted.  II reminded to not journal about legal things as that doesn't apply to SOCTP group and what he is willing to acknowledge as problematic behaviors. | TP, ORC |
| 1/7/22 | SOCTP | **Covid Pause-Remote Learning.**<br>**Section 2 Module 3 Collected during rounds.**<br>II given the following for the week of 1/10/22 as cube assignments.<br>**Subject of module: <u>Section 2 Module 4 "Dealing with Emotions"</u>**<br><br>**<u>Objectives (goals) of module:</u>**<br>**<u>Section 2 Module 4 "Dealing with Emotions".</u>**<br>    1.    Define Escalating Behavior and give three examples<br>    2.    Define Defusing Behavior and give three examples<br>    3.    Identify alternative solutions to activating events<br>    4.    Give three examples of techniques used for the reduction of tension<br><br>**<u>DIRECTIONS:</u>**<br><br>1.  Please review Section 2 Module 4  in its' entirety<br>2.  Read all handouts and **complete** associated questions.<br>3.  Write an essay on:<br>        **What Escalating Behaviors & Defusing Behaviors you have used.  Be specific on which ones you can relate to and what coping skills you use to Deescalate your Escalating Behaviors and what how you can or do use Defusing Behaviors in prosocial situations.  *This will be due on Friday 1/14/22**<br><br>4.  Journal daily.  Please include in your entry what your currently working within Module 4. | TP, ORC |

| CODE | REASON | CODE | REASON |
|------|--------|------|--------|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |





NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021          FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 1/14/21 | SOCTP | II completed **Section 2 Module 4 "Dealing with Emotions"** assignments appropriately.  II completed assigned participation essay which reflects insight into module 4 and personal application.<br><br>**Subject of module: Section 2 Module 5 "Defense Mechanisms/ Denial"**<br><br>**Objectives (goals) of module:**<br>   **Section 2 Module 5 "Defense Mechanisms/ Denial**<br>1.   Define and identify various defense mechanisms.<br>   2.   Define and identify the types of denial.<br>   3.   Begin to identify personal defense mechanisms they use and why they use them.<br>   4.   Begin to identify the type(s) of denial they have used and why.<br><br>**_DIRECTIONS:_**<br><br>   1.   Please review Section 2 Module 5 in its' entirety<br><br>   2.   Read all handouts and **complete** associated questions.<br><br>   3.   Write an essay on:<br>       **What Defense Mechanisms you use and how have the use of these defense mechanisms negatively impacted your life. *This will be due on Friday 1/21/22**<br><br>   4.   Journal daily.  Please include in your entry what your currently working within Module 5. | TP, ORC |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

T-3

426

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021      FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|------|--------------|---|----------------|
| 1/21/22 | SOCTP | II completed **Section 2 Module 5 "Defense Mechanisms/ Denial"** assignments appropriately.  II completed assigned participation essay which reflects insight into module 5 and personal application.<br><br>**Subject of module: Section 3 Module 1 "Values and Beliefs"**<br><br>**Objectives (goals) of module:**<br>**Section 3 Module 1 "Values and Beliefs"**<br>    1.    Unhealthy beliefs they have about their "self", "others" and their "self" in connection to the world.<br>    2.    Unhealthy values they have developed to support their core beliefs.<br>    3.    Healthy beliefs they can develop about their "self", "others" and their "self" in connection to the world.<br>    4.    Healthy values they can develop to support their core beliefs.<br>**DIRECTIONS:**<br><br>1.  Please review Section 3 Module 1 in its' entirety<br><br>2.  Read all handouts and **complete** associated questions.<br><br>3.  Write an essay on:<br>**What unhealthy beliefs you have about yourself, others, and how your "self" connects to the world.  Describe the unhealthy values you have developed to support your core beliefs.  Then identify healthy beliefs you can develop about yourself, others and how your "self" connects to the world.  Describe how your healthy values have developed and how they support your core beliefs.**<br><br>4.  Journal daily.  Please include in your entry what you're currently working within Module 1.<br>5.  Complete Core Values Workbook **\*DUE 2/4/22\*** | TP, ORC |

| CODE | REASON | CODE | REASON |
|------|--------|------|--------|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| ii | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |



V-3

427

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

## TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021          FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|------|--------------|---|----------------|
| 1/28/22 | SOCTP | **Subject of module: Section 3 Module 1 "Values and Beliefs"** assignments appropriately.  II completed assigned participation essay which reflects insight into module 1 and personal application.<br><br>**Subject of module: Section 3 Module 2 "YOUR VALUE SYSTEM"**<br><br>**Objectives (goals) of module:**<br>**Section 3 Module 2 "Your Value System"**<br>    1.    Discover how their values are formed.<br>    2.    Understand how their value system impacts their victimization.<br>    3.    Discuss the importance of understanding their own values.<br>**DIRECTIONS:**<br><br>1.   Please review Section 3 Module 2 in its' entirety<br><br>2.   Read all handouts and **complete** associated questions.<br><br>3.   Write an essay on:<br>        **How your values were formed. Express your understanding on how your value system impacts your victimization.  Discuss the importance of how understanding your own values and challenging and/or changing them will impact your future.**<br>4.   Journal daily.  Please include in your entry what you're currently working within Module 2.<br>5.   Turn in Core Values Workbook<br>6.   Identify and write the values associated in each response in Section 3 Module 2 Handout F: Role Plays/Values Scenarios. | TP, ORC |
| 2/1/22 | SOCTP | Journal Collected and reviewed.  II encouraged to journal about program material and how it relates to him and /or does not relate to himself vs. journaling about politics, how he is angry about law library access being denied during program hours.  II is permitted to use law library outside of program hours. | TP, ORC |
| 03/17/22 | | Chrono printed for treatment team | DM, OA1 |
| 3/16/22 | SOCTP | Monthly evaluation for February completed. Score 14. | JS, ORC |

| CODE | REASON | CODE | REASON |
|------|--------|------|--------|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

J-3

428

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021          FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 2/2/22 | SOCTP | January EVALUATION : 13 | TP, ORC |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |



J-3

(429)

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## COLLINS CORRECTIONAL FACILITY
### SEX OFFENDER PROGRAM

## TREATMENT PROGRESS

NAME:  TRIPATHY, SANJAY          DIN #  18R1673

DATE RECEIVED:  10/19/2021          FROM:  FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 2/4/22 | SOCTP | **Section 3 Module 2 "YOUR VALUE SYSTEM"** cube assignment turned in.  II did complete the entire packet. He did complete his essay appropriately.<br><br>**Objectives (goals) of module:**<br>**Section 2 Module 3 "Understanding Responses".**<br>    1.    Define Physiological Response and give three examples.<br>    2.    Define Social Response and give three examples.<br>    3.    Define Psychological Response and give three examples.<br>    4.    Discuss the difference in adaptive and maladaptive responses.<br>    5.    Complete the chain of responses involved in an activating event.<br>    6.    Identify their chain of responses involved in their own personal activating event.<br> **DIRECTIONS:**<br><br>1. Please review Section 2, module 3 in its' entirety<br><br>2. Create a poster referencing or referring to what you learned about yourself and "**Understanding Responses**"<br>    -Make sure you define Physiological Responses, Social Responses & Psychological Responses.<br>    -Give 3 specific examples of Physiological Responses, Social Responses & Psychological Responses<br>    -Discuss the difference in adaptive and maladaptive responses.<br>    -Complete the 5 chain of responses involved in an activating event   (one from each group member)<br>3. Each group member will share how their chain responses involved their own personal activating event.<br><br>**\*\*Please complete the above assignments by  2/9/2022. You can work in the day room with your group members to maintain social distancing to complete this presentation. You will present this activity to group upon the COVID Pause being lifted.** | | TP, ORC |

| CODE | | CODE | |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | SC | SEPARATION CONTACT |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL CONFINEMENT CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

J—3

430

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## COLLINS CORRECTIONAL FACILITY
### SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME:  TRIPATHY, SANJAY          DIN #  18R1673

DATE RECEIVED:  10/19/2021          FROM:  FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|------|------|------|------|
| 2/17/22 | SOCTP | Covid Pause assessment of credit.  II completed all cube assignments in a timely fashion.  All assignments were completed in there entirety.   II did participate in group review and does appear to have gained some insight into program material.  Of the 4 weeks of possible credit II awarded 4 weeks. | TP, ORC |
| 2/18/2022 | SOCTP | BI-WEEKLY GROUP UPDATE: Covid Pause lifted, group resumed. II participated in group presentation as assigned.  II was respectful toward fellow peers while they presented to group.  II respectful toward fellow peer and offered appropriate feedback regarding sexual history assignment presentation. | TP, ORC |
| 3/1/22 | SOCTP | February Evaluation: 14 | TP, ORC |
| 3/3/22 | SOCTP | BI-WEEKLY GROUP UPDATE: II was respectful toward fellow peers while they presented to group. II respectful toward fellow peer and offered appropriate feedback regarding sexual history assignment presentation. | TP, ORC |
| 3/11/22 | SOCTP | II was present for group discussion of Section 5:3, thoughts and feelings. II was an active participant in group discussions. II expressed an understanding of the difference between a thought, feeling and a behavior. He was able to accurately describe and give examples. He assisted a peer with his understanding of the material. He was able to identify his own biases and explore those of others. | JD, ORC |
| 03/15/2022 | SOCTP | I/I began level 2 on 3/14/2022. | LJ, LMSW2 |



[Moderate Risk]

| CODE | REASON | CODE | REASON |
|------|--------|------|--------|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |



J-3

431

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## COLLINS CORRECTIONAL FACILITY
### SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021          FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 03/17/2022 | TPR | Tripathy seen by TPRC to assess quarterly progress in the program. He recently began level 2. He said evaluating his thoughts and feelings and how they contributed to offending is important to him. He said it is important to him to gain an understanding of why he reacted the way he did in his situation. He acknowledges physically violent behavior with the victim but continues to deny that there was any sexually offensive behavior. He reports he was living within the community for two years after being charged and prior to being convicted. He said during that time, he stopped engaging in high-risk activities such as going to strip clubs and hiring escorts. He reports that there is nothing more important to him than gaining the trust of his family. He is participating appropriately in group, demonstrates appropriate group behavior, and completes his assignments as directed. He is beginning to struggle in level 2 due to the need to be able to identify inappropriate sexual behaviors and relate program material to said behaviors; which he is not able to do. He reports his main concern at this time is his lawsuits. He is encouraged to be open and honest going forward in treatment. He was provided with an updated treatment plan and will continue in level 2. | CB, LMSW2 |
| 3/21/22 | SOCTP | II completed Section 5 Module 15. Homework was fully completed. | TR, ORC |
| 03/29/2022 | SOCPT | Journal reviewed 3/1/22-3/29/22, up to date. Journal focuses mainly on legal matters and not SOCTP in a way that helps him to gain insight into his offending behaviors. I/I Tripathy has been directed on numerous occasions to focus on SOCTP topics; yet he continues to repeatedly write about his legal matters. I/I Tripathy appeared to threaten staff, "Well if they force me [I won't say no or I will not refuse] then one of the 2 courts render their decision [they will pay] there will be consequences for the perpetrators [all of them that approved my moderate-risk and those who made me do it]. I/I Tripathy often refers to DOCCS staff as Nazis and equates Collins CF to a Nazi concentration camp. I/I Tripathy often refers to staff as "idiots" and "morons". It is evident that he sees himself as "better than" and certainly "smarter than" his peers and even the treatment staff. His journal lacks any insight into his sexually offending behaviors. I/I Tripathy is given a copy of the SOCTP Journaling Instructions and journal prompts. | LJ, LMSW2 |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## COLLINS CORRECTIONAL FACILITY
## SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, SANJAY          DIN # 18R1673

DATE RECEIVED: 10/19/2021          FROM: FISHKILL

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 3/15/22 - 3/31/22 | SOCTP | Group completed Section 5 Module 15 Deviant behavior cycle, during this time. II continues to participate daily, however, his participation continues to be inappropriate. His conversations are always legally based and he repeatedly denies committing the crime. He has been repeatedly told over and over that focusing his participation on his appeal or legal matters At this time, he is unable to identify or discuss the inappropriate sexual behavior that led to his referral to the program. He consistently remarks on his "extensive" education and traveling background in a manner that conveys to the group that he is "better than" and "not like" his other peers in the group. He frequently justifies his behavior; stating things such as "My crime would not even be one in most countries." Homework is completed, on time. Continue in level 2. | TR, ORC |
| 4/4/22 | SOCTP | **I/I earned a misbehavior report for Impersonation, Counterfeiting & Forgery, Unauthorized Legal Assistance, and False Information after he authored a legal document request (FOIL) for one of his peers.** | RB PSYCH |
| 4/7/22 | SOCTP | II was seen for a file review in accordance with his request. He wanted to see his SOCTP file. Dr. Brotz went over each section of the file with II and explained the difference between program and clinical material; showing him everything the file contained. I/I presented the "Information Segment" in today's community meeting. Staff noted that I/I did not have his presentation review by staff prior to presenting like they are required to do. Staff addressed the inappropriateness of what he presented to the group. he had presented a lawsuit and it ended up being a how to get out of something and manipulate the system. He spoke of his, and other, lawsuits against staff and excitedly told the group that they could also go after staff civilly, and staff could lose their jobs, houses, and livlihoods. Staff asked for a copy of his presentation and he responded that staff could "go to the law library" to get themselves a copy. He responded to staff in a snarky, sarcastic manner, telling them he "would change the judge's words if that's what staff was tell him to do". As long as they 'put it in writing". | R, ORC |
| 4/11/22 | SOCTP | | |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |



J-3

(433)