Amended Complaint

Case # 21-CV-05349-VB
[Tripathy v. Peuz? et. al.]
SDNY

**Exhibit (K)**

(434)

PERJURY, BLACKS 11TH

Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

Black's Law Dictionary (11th ed. 2019) P9090

Black's Law Dictionary (11th ed. 2019)

Bryan A. Garner, Editor in Chief

Preface Guide Legal Maxims Bibliography

**perjury**(pər-jər-ee)*n.*
(14c)The act or an instance of a person's deliberately making material false or misleading statements while under oath; esp., the willful utterance of untruthful testimony under oath or affirmation, before a competent tribunal, on a point material to the adjudication. — Also termed *false swearing; false oath; falsehood;* (archaically) *forswearing.* See FALSEHOOD. Cf. MENDACITY.
— **perjuror** (pər-jər-ər), *n.*

> "Perjury by the common law, seemeth to be *a wilful false oath, by one who being lawfully required to depose the truth in any judicial proceeding, swears absolutely, in a matter material to the point in question, whether he be believed or not.*" Edward Bullingbrooke, *The Duty and Authority of Justices of the Peace and Parish Officers for Ireland* 598 (rev. ed. 1788).

End of Document                                                   © 2022 Thomson Reuters. No claim to original U.S. Government Works.



K-1

(435)

Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.
Black's Law Dictionary (11th ed. 2019) S31140

Black's Law Dictionary (11th ed. 2019)

Bryan A. Garner, Editor in Chief

Preface Guide Legal Maxims Bibliography

**subornation of perjury**
(16c) The crime of persuading another to commit perjury; the act of procuring a witness to testify falsely. — Sometimes shortened to *subornation.*

End of Document                                                                                    © 2021 Thomson Reuters. No claim to original U.S. Government Works.

K-1



Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.
Black's Law Dictionary (11th ed. 2019) L13120

Black's Law Dictionary (11th ed. 2019)

Bryan A. Garner, Editor in Chief

**lie** *n.*
(bef. 12c) A false statement or other indication that is made with knowledge of its falsity; an untruthful communication intended to deceive. See FIB.

> "To tell a lie is to address a false statement to another person knowing that it is false or not believing that it is true, or being reckless as to its truth or falsity. The circumstances must be such that the other person regards the statement as seriously made (not in jest, or in a game of 'let's pretend' or in the context of some form of openly acknowledged fiction, or in a context in which the addressee's interest in the matter is wholly illegitimate). Indeed, the speaker must intend the statement seriously, or at least realize that the addressee or addressees will reasonably assume that it is being made seriously." Neil MacCormick, *Practical Reason in Law and Morality* 69 (2008).

**baldfaced lie.**
(1892) An outright lie of some seriousness told with no sense of hesitation or reluctance, but instead with a conviction intended to induce belief among listeners or readers. — Often erroneously termed *boldfaced lie*; *boldface lie*.

**proleptic lie.**
(2009) A false statement that one has already done what ought to have been done or what one intends shortly to do.

**white lie.**
(18c) A harmless falsehood, esp. one uttered to avoid doing harm (such as offending or embarrassing someone).

End of Document                                                    © 2022 Thomson Reuters. No claim to original U.S. Government Works.

K-1

437

Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

Black's Law Dictionary (11th ed. 2019) L13130

Black's Law Dictionary (11th ed. 2019)

Bryan A. Garner, Editor in Chief

**lie** *vb.*
(bef. 12c) To tell an untruth; to speak or write falsely <she lied on the witness stand>. See PERJURY. Cf. FABRICATE. To have foundation in the law; to be legally supportable, sustainable, or proper <in such a situation, an action lies in tort>. To exist; to reside <final appeal lies with the Supreme Court>.

End of Document

© 2021 Thomson Reuters. No claim to original U.S. Government Works.





Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

Black's Law Dictionary (11th ed. 2019) U6520

Black's Law Dictionary (11th ed. 2019)

Bryan A. Garner, Editor in Chief

Preface Guide Legal Maxims Bibliography

**untrue** *adj.*

(bef. 12c)(Of something said) not correct; inaccurate.(Of a person) not faithful or true (to a standard or belief).

End of Document © 2022 Thomson Reuters. No claim to original U.S. Government Works.

K-1



Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.
Black's Law Dictionary (11th ed. 2019) F2390

Black's Law Dictionary (11th ed. 2019)

Bryan A. Garner, Editor in Chief

Preface Guide Legal Maxims Bibliography

**false** *adj.*

(12c) Untrue <a false statement>. Deceitful; lying <a false witness>. Not genuine; inauthentic <false coinage>. • What is false can be so by intent, by accident, or by mistake. Wrong; erroneous <false step>.

End of Document  © 2022 Thomson Reuters. No claim to original U.S. Government Works.

K-1



Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.
Black's Law Dictionary (11th ed. 2019) F2910

Black's Law Dictionary (11th ed. 2019)

Bryan A. Garner, Editor in Chief

Preface Guide Legal Maxims Bibliography

**falsity** *n.*

(13c) The quality, state, or condition of being untruthful or deceitful. An untrue statement; LIE. See FALSE.

End of Document                                          © 2022 Thomson Reuters. No claim to original U.S. Government Works.



Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.
Black's Law Dictionary (11th ed. 2019) R3320

Black's Law Dictionary (11th ed. 2019)

Bryan A. Garner, Editor in Chief

Preface Guide Legal Maxims Bibliography
**recidivism**(ri-sid-ə-viz-əm)*n.*
(1886)A tendency to relapse into a habit of criminal activity or behavior. — Also termed (archaically) *recidivation.* — **recidivous, recidivist,** *adj.*

End of Document  © 2022 Thomson Reuters. No claim to original U.S. Government Works.



