Case#21-CV-05349-VB EXHIBITS Petitioner's Response 7/6/2022

Note: Exhibits are page numbered separately [starting #1 to #33 ]

Exhibit-A: Defendants Retaliation/Harassment/Intimation Documents [after the filing of Amended Complaint]:

A-1: Incident#5 5/10/2022 Inmate SOCTP Behavior Contract for -"II lacks Responsibility & Accountability for Offending" [forcing Petitioner to lie/provide untrue facts]; [# of Pages 11];
Page #s: 3-13

A-2: Incident#6 5/30/2022 Collins CF [IGRC IGPS - Becker] throwing the Grievance aside to protect Defendants [against Legal Action] in systemic corruption, corruption and conspiracy; [# of Pages 8];
Page #s: 14-21

---

Exhibit-B: Petitioner SOCTP Program Records and Evaluations [after the filing of Amended Complaint];

B-1: Petitioner SOCTP Treatment Plans [see #1 "Increase accountability for sexually offending behaviors"] [# of Pages 1];
Page #s: 23

B-2: Petitioners SOCTP Monthly Evaluations [April/May/June] [# of Pages 3]
Page #s: 24-26

B-3: Petitioners SOCTP Treatment Progress [Clinical Record] [# of Pages 7]
Page #s: 27-33

Case # 21-CV-05349-VB

**Exhibit (A)**



| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. COL-0167-22 | DATE FILED 05/20/2022 |
|---|---|---|
| | FACILITY COLLINS | POLICY DESIGNATION INSTITUTIONAL |
| INCARCERATED GRIEVANCE PROGRAM | TITLE OF GRIEVANCE BEHAVIORAL CONTRACT | CASE CODE 06 |
| SUPERINTENDENT RESPONSE | SUPERINTENDENT'S SIGNATURE [signature] FDS | DATE 06/23/2022 |
| GRIEVANT SANJAY TRIPATHY | DIN 18R1673 | HOUSING UNIT D3-45 |

Grievant submitted a complaint regarding the receipt of a behavioral contract for their therapeutic program, believing it is based on wrong facts with the intent to have them removed from the program. Investigation found the Grievant was issued the behavioral contract based around the lack of responsibility for offending. The contract is a means to help the Grievant rehabilitate and assist towards positive programming. The Grievant cites a recent monthly evaluation that scored as highly motivated. This is accurate, but the contract is focused on an area of acceptance of responsibility for the offending behavior that the Grievant's evaluation states they often need prompting for. There is no evidence the behavioral contract was written as anything but a means of assisting the Grievant continue positive programming.

Grievance is denied.

---

NOTE: This appeal is timely amd mailed via Collins CF Law Library Secure Mail

Appeal to CORC [6/27/2022] - by **APPEAL STATEMENT** Sanjay Tripathy; 18R1673;

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

Denial by IGRC/Suiperintendent is a total disregard of facts, logic and rationale and therefore CORC appeal. Note - Behavior Contract was given despite an evaluation score of 16/20 [passing is 11] and the Appeal denial says it was not good enough. So the question is - do I need a perfect score of 20 [and if so then noone will ever pass SOCTP]. This is meritless and thus the sole logical conclusion is retaliation [and DOCCS culture that staff is always right; thank the founding fathers that we have courts]. This appeal must be granted, and necessary disciplinary action taken against perpetrators.

[signature] 6/27/2022 SANJAY TRIPATHY [18R1673]

GRIEVANT'S SIGNATURE — DATE 6/27/2022

GRIEVANCE CLERK'S SIGNATURE — DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

A-1



FORM 2131E (REVERSE) (9/12)

**Response of IGRC:** COL-0167-22

II presented Behavioral Contract with a score in the Highly Motivated (16-20) area. II obtained a score of 16.

Date Returned to Inmate: 6/9/22 IGRC Members:

Chairperson:

Return within 7 calendar days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to Superintendent.

☒ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal.

Appeal to Superintendent - Collins CF [6/15/2022] - Sanjay Tripathy; 18R1673

Facts are undisputed - Grievant has an excellent performance [also recognized by IGRC (see above] and attached Exhibit-dated 5/3/2022 showing score of 16/20 which is top performance. Still Brotz/Cotton gave Grievant a behavior contract [written 5/6/2022] after the performance review. Question is logically why and and for what purposes besides [harrassment/retaliation which they have a proven history of]. Matters must be investigated impartially [with facts only] and action taken against perpetrators and behavior contract rescinded. See Brotz's response [attached] which is a sham and does not address the facts. Attached - 7 pages for Supererintendent's review [on the record]. Nothing typed below this line.

Signed: Sanjay Tripathy 6/15/2022 Grievant 6/15/2022; 6:35pm Date

Grievance Clerk's Receipt ______ Date ______

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: ______ Date

Grievance forwarded to the Superintendent for action: ______ Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g). A-1



**Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

MEMORANDUM

To: J. Becker - IGPS

From: Dr. Brotz, Psychologist

Date: 5/23/2022

Subj: *Tripathy, S. (18R1673)*

This memo is in response to above-mentioned I/I's allegations within which he contends he was given a Behavioral Contract based on "wrong facts". Tripathy believes he was given the behavioral contract as the result of continued harassment and discrimination. He requests that the Behavioral Contract be rescinded

Behavioral Contracts, like other interventions, are designed to act as interventions; specifically, a way to assist participants in getting back on track when they are struggling in a particular area. Behavioral Contracts are in no way punitive in nature. II Tripathy was given a Behavioral Contract centered around lack of responsibility for offending as this is an area that he struggles with. This issue is well documented in the SOMTA notes authored by his group facilitator and treatment staff.

II Tripathy has told staff he takes the program seriously and is invested in his treatment here. If that is accurate, one would expect that II Tripathy would appreciate and embrace the extra assistance. II was given the contract in an effort to help him improve; and was not motivated by harassment or retaliation.

II will be removed from the Behavioral Contract after 30 days if he demonstrates improvement in the identified areas.

Psychologist

R. Brotz, Psychologist

Via RVC Called CR Mail 6/15/22

A-1

FORM 2131E (9/12) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE GRIEVANCE COMPLAINT

Discrimination/Retaliation/Harassment Grievance

Grievance No. #COL-0167-22

COLLINS CORRECTIONAL FACILITY

Date: Tuesday; 5/17/2022

Name: Sanjay Tripathy Dept. No.: 18R1673 Housing Unit: D3/34

Program: SOCTP AM Unassigned PM Law Library Clerk EVE

***(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)****

Description of Problem: (Please make as brief as possible) See attached [Letter, Exh-A & Exh-B] 6 pages which detail with proof how Dr. Brotz and SORC Cotton [SOCTP Program] have given Grievant "Behavior Contract" based on wrong facts, in an arbitrary and Capricious manner, an abuse of discretion, in further retaliation and harassment with an intent to illegally remove Grievant from the SOCTP program, to undermine and negatively impact his liberty interests [including Good Time Credits, SORA, SOMTA, Parole Conditions, Civil Confinement proceedings].

Grievant Signature: [signature] 5/17/2022 Sanjay Tripathy; 18R1673; Collins CF; Cc: SDNY/Albany County Supreme Court

Grievance Clerk: ______________________ Date: ______________________

Advisor Requested ☐ YES ☒ NO Who: Hearing with IGRC requested but no prior meeting with UGRC Clerks needed;

Action requested by inmate: SOCTP "Behavior Contract" to be rescinded and detailed explanation by Dr. Brotz and SORC Cotton to answer this Grievance.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Nothing typed below this line xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

The Grievance has been formally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: ______________________ Date: ______________________

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

A-1

6

(File Copy) Case 6:22-cv-06469-FPG Document 60-1 Filed 07/11/22 Page 7 of 34

New York State DOCCS SOCTP [Sex-Offender Counselling and Treatment] Program

To: Dr. R. Brotz, Psychologist and D. Cotton, SORC - SOCTP Program; Collins CF;
Cc: Anthony J. Annucci, Commissioner; Cathy Shhehan, DC & Counsel; Jeff McKoy, DC Program Services; Brian McCallister, Director SOCTP; DOCCS Albany;
Cc: K. Vannote, Acting DSP; C. Blanar, LMSW2 SOCTP Program; Collins CF;
Date: Monday, May 16th, 2022
From: Sanjay Tripathy [Petitioner]; 18R1673, Collins CF, PO Box 340, Collins;
Subject: SOCTP Program Behavior Contract [5/10/2022] by Dr. Brotz/SORC Cotton [Arbitrary & Capricious; Abuse of Discretion; Retaliation/Harrassment]

Attached [Exhibit-A; 2 pages] is a "Behavior Contract" given to Petitioner [presumably by Dr. Brotz and/or SORC Cotton], in arbitrary & capricious action, an abuse of discretion, based on wrong facts essentially for retaliation and harrassment - should be rescinded immediately.

Background - Material Facts [Undisputed]:

1. Petitioner's Static99R score is 1; per DOCCS SOCTP Manual [2016/2018] he should only undergo the low-risk SOCTP program; but Dr. Brotz put in an overide, that was approved by McCallister [11/9/2021]; thus despite strong objections Petitioner is forced to undergo/complete the moderate-risk SOCTP [which is longer and more expensive to the taxpayer];
2. Successful completion of the SOCTP program is related to substantial benefits for Petitioner [SORA, SOMTA, Parole Conditions] including liberty interests; Correspondingly lack of completion [including being kicked out] will have severe negative consequences [including but not limited to loss of good time credits];
3. Petitioner sucessfully completed Level-1 curriculum [on 3/11/22] and started the Level-2 [as part of moderate-risk] on 3/14/2022; Petitioners Level-2 Instructors [staff] have primarily been [except for 1 theory module on 4/19/2022 cofacilitated by Dr. Brotz for 1 hour] ORC Rogers, LMSW2 Jakiela, and LMSW2 Blanar;
4. Petitioner assessments for March [Level-2 starting 3/14/22] have been 14/16 [Top Performance] and April [full Level-2] have been 16/20 [Top Performance]; April Assessment [Exhibit-B; 1 page] was done by ORC Rogers and LMSW2 Jakiela [as Petitioner was only in LMSW2 Blanar's class since 4/25/2022];

Sanjay Tripathy; 18R1673; Collins CF, Middle Road, PO Box 340, Collins, NY
An innocent man illegally incarcerated and religiously persecuted by The State of New York and State Actors acting under the Color of Law;

A-1 (7)

New York State DOCCS SOCTP [Sex-Offender Counselling and Treatment] Program

5. April [Monthly Eval] 4 categories Petitioner received a score of 1 [the 2nd Highest of 1 each; Top score is 2 each]; Note scores of 1 in - "Demonstrates Acceptance of Responsibility for Sexually Offending Behavior" and "Demonstrates personal insight into sexual offending Behavior"; Further this Monthly eval was done by Rogers/Jakiela on 5/3/22 [received by Petitioner on 5/10/22]
6. Behavior Contract was received by Petitioner [5/10/2022] given by LMSW2 Blanar [received by Petitioner under severe protest and objections]; the Due Date shown is 6/6/2022 [means it was written on 5/6/2022];It should be noted that Ms. Blanar conveyed to Petitioner verbally - "I am just the messenger" [means Even if I have reservations I have been told to give this to you]; Problematic Behavior [cited] - lacks responsibility & accountability for offending; places blame on the victim for offending; and minimizes violence and victim harm; and its lists Goals, Actions to be Taken, How will sucess be determined;
7. Status of Petitioner's Level-2 Curriculum [Moderate-Risk] Mandatory SOCTP Assignments: Disclosure [completed and presented in Class on 4/26/2022 with LMSW2 Blanar; sucessfull completion]; Sexual-Abuse Cycle [50%+ completed & presented in Class on 5/11 and 5/13 with LMSW2 Blanar]; Clarification [Written Draft submitted to LMSW2 Blanar];

Material Facts [Inferenced]:

8. See Goals [Exhibit-B; Behavior Contract] extensively reference the Disclosure Assignment [completed 4/26/22] was completed even before this Behavior Contract was written; Rest goals either already completed or in process with Sexual Abuse Cycle Assignment [see #7]; Note [see #4] Monthly Evals [Top Performance]; so clearly there were no/zero issues with the Petitioner's performance [SOCTP] but still a Behavior Contract was given; Question is Why and What purpose does it serve besides harassment and retaliation, and the nefarious, machiavellian motive of kicking him out [Petitioner] from the SOCTP program;
9. Who authored this "Behavior Contract" - Petitioner is unsure, but can conclude [with a balance of probabilities] that it is Dr. Brotz and/or SORC Cotton [ruling out ORC Rogers, LMSW2 Jakiela and LMSW2 Blanar]; and Why was it authored except to retaliate/harrass [as it is based on wrong facts];

Sanjay Tripathy; 18R1673; Collins CF, Middle Road, PO Box 340, Collins, NY
An innocent man illegally incarcerated and religiously persecuted by The State of New York and State Actors acting under the Color of Law;

A-1 (8)

New York State DOCCS SOCTP [Sex-Offender Counselling and Treatment] Program

10. It is also fair to conclude a pattern of retaliation and harassment by primarily Dr. Brotz and to some extent SORC Cotton; Multiple such instances are documented [Grievances, Letters, Lawsuits] as Incident#1 [12/30/21] for Petitioner using staff [SOCTP] full name in written communications, obtained via FOIL; Incident#2 [4/4/2022] where Brotz/Cotton gave Petitioner a meritless /frivolous Ticket which was thrown out on 4/14/22 as Petitioner was 100% right [per DOCCS policy]; Incident#3 [4/11/222] where someone [must be a record that will come out during Discovery] Ordered a 3 hour search of Petitioner's legal work on suspicion, and many [in process] legal motions were removed but not returned; Incident#4 [4/19/2022] Petitioner was moved [without any knowledge or Info] by Dr. Brotz [instructions] from Dorm D4 to D3 [which Dr. Brotz agreed after Petitioner filed a Grievance];

Petitioner has a stellar disciplinary record [and would like to keep it that way] and sole goal is to exonerate [as he is 100% innocent of all charged crimes; and he has a clean criminal history with no blemishes except the I/O which is based on a House of Lies], and focus ~~to~~ on staying safe, out of trouble, completing all programs, while navigating the stressful and inhumane prison environment, and fighting legally for his constitutional/statutory rights.

Therefore, Petitioner pleads that this Behavior Contract be rescinded, and he be allowed to complete the SOCTP program without any harassment and retaliation.

Respectfully Submitted,

[signature] 5/16/2022

Sanjay Tripathy
Petitioner

Sanjay Tripathy; 18R1673; Collins CF, Middle Road, PO Box 340, Collins, NY
An innocent man illegally incarcerated and religiously persecuted by The State of New York and State Actors acting under the Color of Law;

A-1 (9)

State of New York Department of Correctional Services

Sex Offender Counseling and Treatment Program

**Behavioral Contract**

**Name / DIN:** Tripathy, Sanjay 18R1673

**Problematic Behavior:**

I/I lacks responsibility & accountability for offending.

I/I places blame on the victim for offending.

I/I minimizes violence and victim harm.

**Goal:**

I/I will demonstrate responsibility & accountability for sexually offensive behaviors.

I/I will complete and present his disclosure in a way that demonstrates personal insight and accountability for all sexually offensive behaviors.

I/I will be able to identify specific sexually offensive behaviors he exhibited, why they were not consensual; as well as triggers and high risk factors associated with the behavior.

I/I will increase his level of personal insight.

I/I will identify the ways in which he harmed the victim physically, psychologically, and emotionally. He will be able to identify and discuss the impact of this event on his victim.

**Action to be Taken:**

I/I will identify at least 2 factors that he feels may have contributes to his offense(s).

I/I will discuss how his behavior relates to programmatic material as required by the curriculum in order to increase his level of personal insight.

I/I will identify & discuss the thoughts & feelings that led to offending.

I/I to complete above – mentioned disclosure assignment.

During group, I/I will ask his peers for feedback regarding his level of responsibility and the harm inflicted on his victim. I/I will listen attentively, try not to get defensive, keep an open mind, and consider all feedback he is given.

**How will Success be Determined?**

Staff observation.

Acievement of goals listed above.

Daily independent participation.

Staff observation.

Follow up meeting with the treatment team upon completion of contract.

**Due Date:** ___6/6/2022______ I sign this with severe protest and objections 5/10/2022

Incarcerated Individual (Print Name) DIN #

Incarcerated Individual (Sign) Date

Staff Name & Title Date 5/10/22

**Plan Completion Review:** **Plan Completed?** ☐ **Yes** ☐ **No**

Staff Reviewing Plan Date

A-1 (11)



NEW YORK STATE
Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

ATTACHMENT 12

Sex Offender Counseling and Treatment Program
Monthly Evaluation for Moderate/High Risk (Level II, III) Participants

Name TRIPATHY, Sanjay
DIN 18 R 1673

Month/Year APR 2022
Month/Year began program 11/2021

| INDICATOR: | DEMONSTRATES BEHAVIOR: | | | |
|---|---|---|---|---|
| | Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
| Understanding of program material | X | | | |
| Engagement in group | X | | | |
| Displays appropriate behavior | X | | | |
| Accepts criticism/feedback | | X | | |
| Supportive of staff/peers | X | | | |
| Sets goals/ takes steps to accomplish | | X | | |
| Completes homework thoroughly/timely | X | | | |
| Demonstrates acceptance of responsibility for sexual offending behavior | | X | | |
| Demonstrates personal insight into sexual offending behavior | | X | | |
| Follows group/facility standards | X | | | |
| Column Score | 12 | 4 | 0 | |
| Total Score | 16 | | | |

Demonstrates behavior consistently & independently (2 points)
Demonstrates behavior often with prompting (1 point)
Demonstrates behavior occasionally with substantial prompting (.5 points)
Does not demonstrate the behavior at all (0 points)

| | |
|---|---|
| Highly motivated | 16-20 |
| Motivated | 11-15 |
| Needs improvement | 6-10 |
| Below minimum standard | 0-5 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: Continue your participation in group. You have good things to say and give good feedback to the group. Continue with journaling and completing homework as assigned.

Offender Comments: ________

ORC T. Rogers and SW A. Jakiela — Treatment Staff Signature
5/3/22 — Date

Inmate Signature [signature] 5/10/2022 — Date



# Corrections and Community Supervision

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**ATTACHMENT 12**

**Sex Offender Counseling and Treatment Program**
**Monthly Evaluation for Moderate/High Risk (Level II, III) Participants**

Name: Tripathy, Sanjay
DIN: 18B1873

Month/Year: May 2022
Month/Year began program: November 2021

| INDICATOR: | DEMONSTRATES BEHAVIOR: Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
|---|---|---|---|---|
| Understanding of program material | X | | | |
| Engagement in group | X | | | |
| Displays appropriate behavior | X | | | |
| Accepts criticism/feedback | | X | | |
| Supportive of staff/peers | | X | | |
| Sets goals/ takes steps to accomplish | | X | | |
| Completes homework thoroughly/timely | X | | | |
| Demonstrates acceptance of responsibility for sexual offending behavior | | | X | |
| Demonstrates personal insight into sexual offending behavior | | X | | |
| Follows group/facility standards | | X | | |
| Column Score | 8 | 5 | 0.5 | |
| Total Score | 13.5 | | | |

Demonstrates behavior consistently & independently (2 points)
Demonstrates behavior often with prompting (1 point)
Demonstrates behavior occasionally with substantial prompting (.5 points)
Does not demonstrate the behavior at all (0 points)

| | |
|---|---|
| Highly motivated | 16-20 |
| Motivated | 11-15 |
| Needs improvement | 6-10 |
| Below minimum standard | 0-5 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: This evaluation is reflective of a behavior contract for limited responsibility. You are an active participant in group and are respectful to staff and peers. You demonstrate a high level of comprehension of the material. Continue to make personal connections to the material to develop and demonstrate increased insight.

Offender Comments:

6/6/22 — Treatment Staff Signature — Date

6/6/2022 — I/I Signature — Date

cc: Guidance Folder Community Supervision Folder Incarcerated individual

A-1 (13)



Grievance Practices at Collins CF

To: J. Becker, IGPS Collins CF [NYS DOCCS]
Cc: Cathy Sheehan, Deputy Commissioner & Counsel Albany [NYS DOCCS]
Cc: Rachael Seguin, IGP Director Albany [NYS DOCCS]
Cc: Leanne Latona, Superintendent Collins CF [NYS DOCCS]
Cc: Kelly R. VanNote, DSP Collins CF [NYS DOCCS]
Date: Saturday, June 25th, 2022
From: Sanjay Tripathy [Petitioner]; 18R1673, Collins CF [Custody of NYS DOCCS]
Subject: Grievance Practices at Collins CF - Negative Impact on Petitioner
Attachments: Grievance [4/18/22], letter and Response [3 pages]; Letter [5/30/22], Grievance [5/30/22] and Affidavit of Service [5/30/22 with Notary] [3 pages]; Total 6 pages

As of today [6/25/2022] my Grievance [5/30/2022] has neither been answered nor an acknowledgement/receipt been provided which is 100% non-compliance of DOCCS Directive #4040 and Corrections Law/NYCRR Title 7 Regulations.

I donot know any good reasons of why these efforts to potentially not log any Grievances [i have over 10 personal examples] or throwing them away is taking place, but the impact is clear - lack of due process, collusion/corruption and conspiracy, arbitrary & caricious action, an abuse of discretion whereby either the grievance process is unavailable, or a dead end or deliberately managed in a nefarious manner to deny justice.

It should be noted that Petitioner has been at Gowanda CF and Fishkill CF where Grievance receipts were provided as soon as logged and thus there were minimal issues.

I ma raising these issues witha lot of concern and a potential for retaliation by staff [or others instigated by staff] and therefore not only urge a thorough investiigation into these corrupt practices, and a speedy resolution to my Grievances. I donot expect relief as I well aware of DOCCS culture [that staff is always right] so I am doing the minimum so I can justice via our Courts. I am sure in the end justice will prevail as you may have seen over the last 2 days of decisions by the US Supreme Court [Guns and Abortion].

Respectfully Submitted,

[signature] 6/25/2022

Sanjay Tripathy
An innocent man illegally incarcerated [1502 days & counting], religiously persecuted and wrongly retaliated against by The State of New York and State Actors acting under the Color of Law;

# Affidavit/Certificate/Statement of Service

STATE OF NEW YORK

COUNTY OF ERIE SS:

I, Sanjay Tripathy; 18R1673, being duly sworn under Penalty of Perjury, says: I am over 18 years of age and currently reside at [Custody of NYS DOCCS] - Collins CF, Middle Road, PO Box 340, Collins, NY 14034-0340.

On the 25th day of June , 2022 I served [mailed under Prison Mailbox rules] the annexed documents [listed below] by mailing them in a sealed envelope, with postage prepaid [or internal NYS DOCCS/Facility Mail] thereon, in a post office or official depository of the US Postal Service [under the direct and full control of NYS DOCCS], addressed to the following [listed below] parties at their last known address[es] and all documents [information] are true to the best of my knowledge.

List of Documents:

1. Cover letter with Affidavit of Service [2 pages];
2. Letter [5/30], Grievance [5/30] with Affidavit of Service [3 pages];
3. Grievance [4/18], Letter [5/24] and Response [5/25] [3 pages];
4. Total Pages [Mailed] = 8 pages
5.

Addressed to Parties:

1. Joshua F. Becker, IGPS, Collins CF, Middle Road, PO Box 490, Collins, NY 14034-0490
2. Cathy Sheham, DC & Counsel, DOCCS, 1220 Washington Ave., Albany, NY 12226-2050
3. Rachael Seguin, IGP Director, DOCCS, 1220 Washington Ave., Albany, NY 12226-2050
4. Leanne Latona, Superintendent,Collins CF, Middle Road, PO Box 490, Collins, NY 14034-0490
5. Kelly R. VanNote, DSP, Collins CF, Middle Road, PO Box 490, Collins, NY 14034-0490

Respectfully Submitted,

[signature] 6/25/2022

Sanjay Tripathy; 18R1673;

An innocent man illegally incarcerated, religiously persecuted and wrongly retaliated against by The State of New York and State Actors acting under the Color of Law;

Sworn to before me on

25th day of June , 2022

[signature]

Notary Public

DANIEL J. DAREL
Notary Public, State of New York
No. 01DA6194226
Certified in Erie County
Commission Expires September 29, 2024

A-2 (15)

To: J. Becker; IGP Supervisor - Collins CF [NYS DOCCS];
Cc: Cathy Sheehan, Deputy Commissioner & Counsel - Albany [NYS DOCCS];
Cc: Leanne Latona, Superintendent - Collins CF [NYS DOCCS];
Date: Sunday, May 30th, 2022
From: Sanjay Tripathy [Petitioner]; 18R1673, Collins CF [NYS DOCCS Custody];
Subject: Grievance - Inmate Grievance Practices at Collins CF
Attachments: Grievance [1 page], Affidavit of Service [1 page]; Cover letter [1 page] = Total 3 pages

As on numerous ocassions before Petitioner has brought the following IGRC practices to your attention [that are hurting my ability to access the Courts], that are contrary to the letter and spirit of the Grievance Process [per NYS DOCCS Directive #4040; and US Circuit Court of Appeals 2nd Circuit ruling in Hayes v. Dahlke, 2021].

1. I have never [in 10+ Grievance since 10/19/2021 at Collins CF] received a Grievance Receipt # after my Grioevance has been received at IGRC, therefore I have no way of knowing whether my Grievance has been received, lost or potentially trashed. 2nd Circuit is clear if the Grievance process is denied, unavailable or has no hope of a resolution/relief, then it could be grounds for full complaince [PLRA] by the Courts.
2. My Grievance [on Incident of 4/4/2022 frivolous ticket by Dr. Ryan Brotz, which was thrown out on 4/14/2022 as it was wrong] was subject to my 4/18/22, which you claim was not received and is now timed out - seems like an attempt to save a colleague, with a clear intent of procedure and reasons like - the dog ate my homework. I am unsure of the reasons exactly but speculate it not to be good, as the result is Brotz seems to be off the hook and thus does not have to respond in writing. Please note I know my legal rights well and will pursue them to the maximum extent of the law. I do have the means and the intent to ensure that people are served and there is a paper trail [even if I have to hire a process server].
3. I donot have any malintentions but am fighting for my legal rights. Thus, please advise how you plan to reinstate my 4/18/22 [timely Brotz's retaliation Grievcance].

Please keep my information confidential as I donot want to be retaliated agains by staff or others [including I/I] instigated by staff.

Respectfully Submitted - Sanjay Tripathy [signature] 5/30/2022

An innocent man illegally incarcerated, religiously persecuted and wrongly retaliated against by The State of New York and State Actors acting under the Color of Law;

FORM 2131E (9/12) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE GRIEVANCE COMPLAINT

**Grievance No.**

Collins CF [NYS DOCCS] CORRECTIONAL FACILITY

Collins CF-LL [7:25pm]
Date: Sunday, 5/30/22

Name: Sanjay Tripathy Dept. No.: 18R1673 Housing Unit: D3/34

Program: SOCTP AM Unassigned PM
Law Library Clerk - EVE

***(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)****

Description of Problem: (Please make as brief as possible) Grievants Grievance [4/18/22 related to a meritless ticket by Brotz which was thrown out on 4/14/2022] on a pattern of retaliation [staff] due to his lawsuits [federal/state] was trashed/misplaced by IGPS/IGRC at Collins CF, which helped the perpetrator Brotz to not officially respond to the Grievance [thus off the hook]. This is nefarious, against policy and an attempt to deny access to the Courts and pure retaliation/harassment, whioch needs to be investigated and action taken.

Grievant Signature: Sanjay Tripathy, 18R1673 [signature] 5/30/2022

Grievance Clerk: ________ Date: ________

Advisor Requested ☐ YES ☒ NO Who: no premeeting with IGRC Clerks; Request formal IGRC hearing;

Action requested by inmate: 1. Reinstate Grievance [Brotz 4/18/22]; 2. Grievance Receipt # provided as soon as Greivance received by IGRC; 3. FOIL copy of official response to this Grievance; 4. Personal Info confidential amd no retaliation by staff/others instigated; by staff;

The Grievance has been formally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: ________ Date: ________

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

A-2 (17)

*(Sample)*

***AFFIDAVIT OF SERVICE BY MAILING***

**STATE OF NEW YORK**
**COUNTY OF** ERIE SS.:

Sanjay Tripathy; 18R1673, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at: Collins CF, Middle Road, PO Box 340, Collins, NY 14034-0340

On the 30 day of May, 2022, I served 1 copies of the annexed Cover Letter, Grievance, Affidavit of Service [3 pages] by mailing them in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within Internal Collins CF and DOCCS Mail the State of New York, addressed to the following at their last known address(es) set forth below:

1. J Becker, IGPS, Collins CF
   Middle Road, PO Box 490,
   Collins, NY 14034-0490

2. Cathy Sheehan, Deputy Commissioner & Counsel, DOCCS, 1220 Washington Avenue, Bldg#4, 3rd Floor, Albany, NY 12226-2050

3. Leanne Latona, Superintendent,
   Collins CF, Middle Road,
   PO Box 490, Collins, NY 14034-0490

(Signature) [signature] 5/30/2022

(Print Name) Sanjay Tripathy; 18R1673,
Collins CF, Middle Road, PO Box 340,
Collins, NY 14034-0340

Sworn to before me this 30th
day of May 2022

[signature]
Notary Public

JOHN E. ROZESKI
Notary Public, State of New York
Reg. No. 01RO6411971
Qualified in Erie County
Commission Expires Dec. 14, 2024

**Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

TO: S. Tripathy 18R1673
FROM: J. Becker, IGPS *J. Becker IGPS*
DATE: 05/25/2022
SUBJECT: Attached Tab

I/I Tripathy,

All grievances received from you have been processed and answered with one pending hearing dealing with your grievance against the behavioral contract. The attached was not received, and therefore, could not have been answered or processed, and there are no responses that you can FOIL for. As it was not received, it is not appealable to the Superintendent. There is no action the IGRC can take per Directive #4040 and the date of the alleged incident being more than 21 calendar days. The matter of the attached was dealt with in COL-0132-22 which was dismissed and closed by the IGRC and upheld by me on your appeal. The proper process would have been to file a grievance on my appeal decision. I advise you to work with appropriate staff to ensure you continue positive programming, so a program completion can be achieved.

Grievance Overdue [per Directive #4040] - Sanjay Tripathy

To: J Becker, IGPS - Collins CF [NYS DOCCS];
Cc: L Latona, Superintendent - Collins CF [NYS DOCCS[;
Date: Tuesday, May 24th, 2022
Subject: Grievance [# - Not Available] Overdue [Response/IGRC Hearing]
From: Sanjay Tripathy [Grievant]; 18R1673, D3/34, Collins CF [NYS DOCCS]

Dear Mr. Becker,
Please see attached [Exhibit-A] my Grievance [which I have also followed up last week for an update] is still unanswered, and there has been no IGRC hearing yet [Grievance # - you have not provided yet; dated 4/18/2022].
Please note it has been over 30 days [since I filed the Grievance] and thus it is overdue. I would like copies [FOIL] of any formal responses that you have received from staff.
Please advise on next steps, as it is now appeallable to the Superintendent [as #2 step in the Grievance process].
Thank you for your attention to this critical matter.
Respectfully Submitted,

5/24/2022

Sanjay Tripathy;
Grievant
An innocent man illegally incarcerated, religiously persecuted and wrongly retaliated against by The State of New York and State Actors acting under the Color of Law;

Form 2131E (9/12) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE GRIEVANCE COMPLAINT

Retaliation/Harassment/Discrimination Grievance

Grievance No.

Collins CORRECTIONAL FACILITY

Date: 4/18/2022: 7:35pm;

Name: Sanjay Tripathy Dept. No.: 18R1673 Housing Unit: D4/40

Program: Unassigned AM SOCTP PM Law Library Clerk - EVE

*(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)**

Description of Problem: (Please make as brief as possible) This Grievance is the 2nd/Incident#2 of retaliation by Dr. Brotz. On 4/4/2022 [received 4/5/2022] Grievant received a Ticket [Tier2] authored by Dr. Brotz. This ticket was thrown out after the hearing officer [Lt. Sullivan; 4/14/2022; 6:30pm] found Grievant NOT GUILTY of all charges [as they were meritless, frivolous]. Dr. Brotz wrote this ticket knowing fully well that the charges were unfounded/bogus and meritless, still wrote the ticket just to retaliate/harass Grievant due to his Lwsuits [both Federal/State where Dr. Brotz is a named Defendant]. This is Incident#2, and Incident#1 [ocurred 12/30/2021 which is subject of a Grievance #COL-0010-22 pending CORC decision] and Incident #3 [ocurred 4/11/22 which is also a Grievance filed and pending a #]. Thsese events are a pattern and they must be investigated and appropriate action taken against Dr. Brotz. xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Grievant Signature: [signature] 4/18/2022 Sanjay Tripathy; 18R1673; Collins CF [4/18/2022]

Grievance Clerk: ______ Date: ______

Advisor Requested ☐ YES ☒ NO Who: Requests formal IGRC hearing but NO pre-meeting with IGRC Clerks.

Action requested by inmate: Investigation by DOCCS authorities about this retaliatory action by Dr. Brotz, a formal written report to be provided to Grievant, and prohibiting Dr. Brotz [or any DOCCS staff or inmate instigated by staff] from retaliating against Grievant. xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

The Grievance has been formally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: ______ Date: ______

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

A-2 (21)

Case # 21-CV-05349-VB

**Exhibit (B)**

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
SEX OFFENDER COUNSELING AND TREATMENT PROGRAM

# INDIVIDUAL TREATMENT NEEDS - TREATMENT PLAN

CHECK ONE: ( ) Level I ( X ) Level II ( ) Level III

| TREATMENT GOAL | TREATMENT MODALITY | EVALUATION CRITERIA |
|---|---|---|
| Increase accountability for sexually offending behaviors. | Group Therapy/ Psycho-educational/daily journaling | Homework completed appropriately/ Staff observation. |
| Discuss what triggered your negative emotions at the time of offending and how you can intervene in a healthy manner in the future rather than acting out physically. | Group Therapy/ Psycho-educational/daily journaling | Homework completed appropriately/ Staff observation. |
| Identify ongoing high risk factors and adaptive interventions for each. | Group Therapy/ Psycho-educational/daily journaling | Completing homework, appropriate group participation, staff observation. |

By signing below, I am consenting to this treatment plan:

Tripathy, Sanjay — [signature] 6/30/2022 — 06/30/2022
Inmate Name (Printed) — Inmate Signature — Date

C. Blanar, LMSW2 — [signature] — 06/30/2022
Program Staff Name (Printed) — Staff Signature — Date

---

Inmate Name: Tripathy, Sanjay DIN # 18R1673 Facility: Collins
cc: SOCTP File, Incarcerated individual,

6/30/2022 – Present
Brotz, Psych
Dieteman, ORC
Blanar, ORC

B-1



# Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**ATTACHMENT 12**

**Sex Offender Counseling and Treatment Program**
**Monthly Evaluation for Moderate/High Risk (Level II, III) Participants**

Name TRIPATHY, Sanjay
DIN 18 R 1673

Month/Year APR 2022
Month/Year began program 11/2021

| INDICATOR: | DEMONSTRATES BEHAVIOR: | | | |
|---|---|---|---|---|
| | Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
| Understanding of program material | X | | | |
| Engagement in group | X | | | |
| Displays appropriate behavior | X | | | |
| Accepts criticism/feedback | | X | | |
| Supportive of staff/peers | X | | | |
| Sets goals/ takes steps to accomplish | | X | | |
| Completes homework thoroughly/timely | X | | | |
| → Demonstrates acceptance of responsibility for sexual offending behavior | | X | | |
| → Demonstrates personal insight into sexual offending behavior | | X | | |
| Follows group/facility standards | X | | | |
| Column Score | 12 | 4 | 0 | |
| Total Score | 16 | | | |

Demonstrates behavior consistently & independently (2 points)
Demonstrates behavior often with prompting (1 point)
Demonstrates behavior occasionally with substantial prompting (.5 points)
Does not demonstrate the behavior at all (0 points)

| | |
|---|---|
| Highly motivated | 16-20 |
| Motivated | 11-15 |
| Needs improvement | 6-10 |
| Below minimum standard | 0-5 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: Continue your participation in group. You have good things to say and give good feedback to the group. Continue with journaling and completing homework as assigned.

Offender Comments:

ORC T. Rogers and SW L. Jahlela — Treatment Staff Signature
5/3/22 — Date

[signature] 5/10/2022 — Inmate Signature

Date

B-2 (24)



# Corrections and Community Supervision

KATHY HOCHUL
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

ATTACHMENT 12

**Sex Offender Counseling and Treatment Program**
**Monthly Evaluation for Moderate/High Risk (Level II, III) Participants**

Name: Tripathy, Sanjay — Month/Year: May 2022

DIN: 18R1824 — Month/Year began program: November 2021

| INDICATOR: | DEMONSTRATES BEHAVIOR: Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
|---|---|---|---|---|
| Understanding of program material | X | | | |
| Engagement in group | X | | | |
| Displays appropriate behavior | X | | | |
| Accepts criticism/feedback | | X | | |
| Supportive of staff/peers | | X | | |
| Sets goals/ takes steps to accomplish | | X | | |
| Completes homework thoroughly/timely | X | | | |
| Demonstrates acceptance of responsibility for sexual offending behavior | | | X | |
| Demonstrates personal insight into sexual offending behavior | | X | | |
| Follows group/facility standards | | X | | |
| Column Score | 8 | 5 | 0.5 | |
| Total Score | 13.5 | | | |

Demonstrates behavior consistently & independently (2 points)
Demonstrates behavior often with prompting (1 point)
Demonstrates behavior occasionally with substantial prompting (.5 points)
Does not demonstrate the behavior at all (0 points)

| | |
|---|---|
| Highly motivated | 16-20 |
| Motivated | 11-15 |
| Needs improvement | 6-10 |
| Below minimum standard | 0-5 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: This evaluation is reflective of a behavior contract for limited responsibility. You are an active participant in group and are respectful to staff and peers. You demonstrate a high level of comprehension of the material. Continue to make personal connections to the material to develop and demonstrate increased insight.

Offender Comments:

Treatment Staff Signature — Date 6/6/22 — I/I Signature — Date 6/6/2022

cc: Guidance Folder — Community Supervision Folder — Incarcerated individual



# Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

**ATTACHMENT 12**

**Sex Offender Counseling and Treatment Program**
**Monthly Evaluation for Moderate/High Risk (Level II, III) Participants**

Name: Tripathy, Sanjay
DIN: 18R1673

Month/Year: June 2022
Month/Year began program: November 2021

| INDICATOR: | DEMONSTRATES BEHAVIOR: Consistently & independently | Often, with prompting | Occasionally, with substantial prompting | Not at all |
|---|---|---|---|---|
| Understanding of program material | X | | | |
| Engagement in group | X | | | |
| Displays appropriate behavior | X | | | |
| Accepts criticism/feedback | | X | | |
| Supportive of staff/peers | | X | | |
| Sets goals/ takes steps to accomplish | | X | | |
| Completes homework thoroughly/timely | X | | | |
| Demonstrates acceptance of responsibility for sexual offending behavior | | | X | |
| Demonstrates personal insight into sexual offending behavior | | X | | |
| Follows group/facility standards | X | | | |
| Column Score | 10 | 4 | 0.5 | |
| Total Score | 14.5 | | | |

Demonstrates behavior consistently & independently (2 points)
Demonstrates behavior often with prompting (1 point)
Demonstrates behavior occasionally with substantial prompting (.5 points)
Does not demonstrate the behavior at all (0 points)

| | |
|---|---|
| Highly motivated | 16-20 |
| Motivated | 11-15 |
| Needs improvement | 6-10 |
| Below minimum standard | 0-5 |

Two consecutive monthly evaluations reflecting participation at a level of "needs improvement" or below will result in an appearance at the Treatment Plan Review Committee for consideration of appropriate interventions or removal from the program.

Treatment Staff Comments: You continue to be a frequent participant in group and often reference how the material applies to you. You display appropriate behavior and interact in a respectful manner with staff and peers in group. You are encouraged to increase accountability for the sexually offending behaviors within the offense.

Offender Comments:

Treatment Staff Signature [signature] Date 7/1/22 I/I Signature [signature] Date 7/1/2022

cc: Guidance Folder Community Supervision Folder Incarcerated individual

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
COLLINS CORRECTIONAL FACILITY
SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, Sanjay DIN # 18 R 1673

DATE RECEIVED: FROM:

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 03/21/2022-04/01/2022 | SOCTP | Core: I/I was present for a peer's sex abuse cycles and clarifications. I/I was behaviorally appropriate during these presentations. I/I Tripathy provided appropriate feedback to his peers. He appears to significantly struggle with his level of responsibility for his sexually offending behavior. He is encouraged to relate to his own offending behaviors in order to demonstrate insight. His participation levels are appropriate in core group. He is generally appropriate while in group. | LJ, LMSW2 |
| 4/14/22 | SOCTP | I/I was found to be "not guilty" of the misbehavior report mentioned on 4/4/22. | RB, PSYCH |
| 4/4/22-4/15/22 | SOCTP | Core: I/I was present for a peer's sex abuse cycles and clarifications. I/I was again appropriate during these presentations. I/I Tripathy provided appropriate feedback to his peers. He appears to continue to struggle with his level of responsibility for his sexually offending behavior which results in him not being able to relate and apply material to self. He is encouraged to relate to his own offending behaviors in order to demonstrate insight. His participation levels are appropriate in core group. I/I Tripathy stated he is prepared to present his disclosure and will be completing this in the next several weeks. | LJ, LMSW2 |
| 4/18/22 | SOCTP | II handed in homework for,5-16 Interventions and Coping Responses and 5-17 Lapse Contracts. | TR, ORC |
| 4/1/22 - 4/15/22 | SOCTP | II completed Section 5 modules 16 & 17. He continues to participate appropriately, however, frequently tries to monopolize the group; not giving others a chance to contribute to the conversation. Continue in level 2. | TR, ORC |
| 4/26/22 | SOCTP | II completed Section 5 Module 18 Sex Offense Cycle. Homework completed. | TR, ORC |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

B-3

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
COLLINS CORRECTIONAL FACILITY
SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, Sanjay DIN # 18 R 1673

DATE RECEIVED: FROM:

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 04/25-04/29/2022 | SOCTP | Level 2 SS: The definition of thinking errors (Sec 2 Mod 6) was reviewed as well as the types of cognitive distortions and how they contribute to the inability to recover. He was directed to complete an assignment in which he identified the top thinking errors he used to support his sexual offending behavior. In core group, he provided a disclosure of his offending behavior to the group. He stated "I hired a prostitute from an escort site. We met for dinner and drinks at a bar, and I withdrew money to pay her. I drew $500 each time from the ATM for a total of $1500. We were seen on camera in the restaurant of the hotel almost making out. We eventually went up to the room and engaged in consensual BDSM, which is just rough sex. It was oral sex with no penetration. I paid her the $1500-that was the deal. She then tried to extort me. she knew I had money. We got into a heated argument, and she pushed and shoved me. I ended up physically assaulting her, hitting her, punching her and open hand slapping her." Records indicate he forcibly raped the victim and then physically assaulted her. He reported that he frequently solicited prostitutes and had no history of being violent with them. He identified BDSM as a deviant sexual interest and acknowledged that power and control arouses him. He reported at this time that he remains in a relationship with his wife and intends to be faithful to his wife and refrain from soliciting prostitutes upon release. He will continue in level 2 at this time. | CB, LMSW2 |
| 05/03/2022 | SOCTP | Level 2 SS: Tripathy present in group and completed his assignments on cognitive distortions. He identified "money, success, and power define everything" as a top distortion. He presented Handout E- thinking errors related to sexual offending to the group. He identified the situation of "During my I/O, I engaged in consensual BDSM and oral sex with the complainant after an implicit discussion for money in exchange for her time/sex." He said his distorted thought was "I assumed we were all set with this argument, did not get anything in writing or audio/video during our discussions and it just became the complainant's word against mine. Also, the use of prostitution and escorts." He explained how he used the thinking error, what the "real facts" of the situation were, and appeared to have a basic understanding of the material. Next SS group will begin with a review of irrational beliefs (sec 2, module 7). | CB, LMSW2 |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

B-3

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
COLLINS CORRECTIONAL FACILITY
SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, Sanjay DIN # 18 R 1673

DATE RECEIVED: FROM:

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 5/3/22 | SOCTP | Evaluation for Tripathy was completed on March 29,2022. By ORC Sword. His score was 14. | TR, ORC |
| 05/10/2022 | SOCTP | Tripathy given behavior contract for lack of responsibility and accountability for offending, placing blame on the victim for offending, and minimizing the violence and victim harm. He reviewed and signed the behavior contract and retained a copy for his records. | CB, LMSW2 |
| 05/04-05/13/2022 | SOCTP | Level 2 Core: Tripathy provided feedback to peers presenting sexual abuse cycles and clarification assignments. He also began to present his own sexual abuse cycle during this time. His group conduct was appropriate. He will continue in level 2 at this time. | CB, LMSW2 |
| 05/13/2022 | SOCTP | Incarcerated individual given the following cube study for 5/16 to 5/18 due to staff's absence for training:<br><br>**Subject of module:** Decision Making, Section 3 Module 4.<br><br>As offenders, each of us made a decision to offend our victim(s). Granted, it was not a rational or empathic decision, it was a decision, nonetheless. Consequently, decision making should not be the result of emotions or feelings only but rather a deliberate, thought-out process.<br><br>**Objectives or Goals of module:**<br>* Understand decision making as a process.<br>* An individual's decision can directly impact the lives of others.<br>* Decision making should be a rational process.<br><br>***DIRECTIONS:***<br>1. Review the Introduction and handouts A, B, C & D.<br>2. Complete Handout C providing one example of a problem and complete the problem solving process (the boxes on the handout)<br>3. Review the 3 case studies on handout E and provide your answers for the attached questions. There are no right or wrong answers, be honest about how you would handle these problems.<br>4. Complete handout F, freedom questionnaire.<br><br>He was directed to complete the material by 05/19/2022. | CB, LMSW2 |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
COLLINS CORRECTIONAL FACILITY
SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, Sanjay DIN # 18 R 1673

DATE RECEIVED: FROM:

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 05/19/2022 | SOCTP | Incarcerated individual submitted his cube study to staff on this date.. In his freedom questionnaire assignment, he wrote that what freedom means to him is, "to be able to live happily with loved ones safely, securely and have enough resources to live comfortable with meaningful professional and personal pursuits." and that the destructive behaviors he must give up in order to live free are "high risk behaviors such as escorts, prostitution, strip clubs and porn that led into morally corrupt and unhealthy choices." Section 3, module 4 has been completed. Next SS group will begin with an introduction to the concept of cognitive re-structuring (sec 3 mod 5). He will continue in level 2. | CB, LMSW2 |
| 05/23/2022 | SOCTP | Group members began Section 3 Module 5, Cognitive Restructuring. Group processed the definition of cognitive restructuring and the process. Participants also defined beliefs and values and had a group discussion on their beliefs and values they grew up with and how they have changed and when behaviors contradict values. I/I's were given handout B as homework due Wednesday. I/I participated and appeared to have a fair comprehension of the material. I/I discussed how he values family, but his behaviors contradicted his values. | LJ, LMSW2 |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

B-3

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
COLLINS CORRECTIONAL FACILITY
SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, Sanjay DIN # 18 R 1673

DATE RECEIVED: FROM:

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 05/30-06/1/2022 | SOCTP | Level 2 Core: Tripathy finished presenting his sexual abuse cycle to group and also presented his clarification assignment. Within his sexual abuse cycle, he reported the following: He was living in North Carolina with his wife and children prior to offending and was traveling to New York for business. He worked as an executive for a large global company and believed he was on track to becoming CEO. He reported a history of advanced education, including Harvard and Stanford Universities. He said he loved his family and wife of 20 years. He did acknowledge cheating on his wife with Escorts. His wife was unaware of his infidelity. Within the buildup phase he identified his triggers as strip clubs, sauna clubs, nude bars, watching porn, use of prostitutes, strippers, fantasizing, visiting bars and clubs. His identified high-risk factors included use of escorts, going to strip clubs, and watching pornography. His identified MCR's included indulging in fantasies such as BDSM, threesomes, role-plays, multiple women partners. He reports the fantasies mostly related to power/dominance, and control. Other MCR's include thinking about re-enacting scenes from pornography, BDSM roleplays. He said his AVE's included thinking "she is a prostitute who took my money; how dare she try to extort me this whore; we agreed in advance to BDSM in exchange for money; this lying b****." He identified his fantasies, which did not include raping anyone. He reported he never planned to sexually offend his victim and it was behavior amongst consenting adults. He identified he physically groomed her by kissing, rubbing each other's backs and legs at the restaurant and bar before moving to the hotel room. He said psychological grooming included their discussion of BDSM/rough sex and money in exchange for sex. He reported he groomed the social environment by keeping all of his activities secret from his wife and family. He utilized escorts when he traveled only for business and kept credit cards separate. He identified his wife as a trusting person. Tripathy said he groomed himself by indulging in the use of escorts since he was 21 years old and never stopping. He said he justified the behavior by saying it was no one's business, no one needed to know, and it was mostly legal and "consensual". When describing the acting out phase he described the following as **PER RECORDS;**<br><br>CONT'D ON NEXT PAGE------ | CB, LMSW2 |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
COLLINS CORRECTIONAL FACILITY
SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, Sanjay DIN # 18 R 1673

DATE RECEIVED: FROM:

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 05/30-06/01/2022 | SOCTP | CONT'D FROM PREVIOUS PAGE----- Tripathy and the complainant (Mette) were inside of the W Hotel. He locked the door of the room and prevented her from leaving. He then struck her numerous times in the face and body with a closed fist causing her to suffer bruising, redness, swelling to her face and body and to suffer a bloody nose and lip, and substantial pain. He pushed her down on the bed and placed his hands on her neck and caused her to have difficulty breathing. He then inserted his fingers into her vagina and anus without her consent and inserted his penis into her mouth without consent. He stated, **"These facts have major errors. This is not at all what happened. This is the complainant's version of the events; not mine.** This is what the jury heard while they also heard my testimony but decided to convict me for sexual assault." He referred to himself as the "defendant" and stated, "I am 100% responsible for hiring an escort, engaging in BDSM (role plays and rough sex) and oral sex (consensual between 2 adults; sex in exchange of money) and after the sexual encounter the complainant tried to extort me (for more money else she will destroy my reputation) and also became physically threatening when I lost my cool and hit her but she was still aggressive when I hit her (punched and choked) and she sustained injuries. **I did not sexually assault the complainant as the altercation occurred after our sexual encounter and did not engage in any of the charged crimes.** I do take full responsibility for putting myself in a high-risk situation ..." He then described his justification phase. Although he places blame on victim, his assignment was completed in a thorough, detailed manner. Tripathy also presented his clarification assignment. He identified his patterns of behavior as deception, sexual deviancy, poor coping, power and control combined with narcissism. The example he provided for sexual deviancy is as follows: "escorts taught me BDDSM and now I enjoy it; Most successful men like me do it; It pushes the boundaries of vanilla sex; it is exciting and makes me feel powerful, in control and dominating the activities; role plays are exciting." He described his victim, her vulnerabilities and good qualities. He described how he isolated her and groomed her as well as his offending behavior. He described potential impact he had on the victim. When explaining why he did it he stated, CONT'D ON NEXT PAGE---------- | CB, LMSW2 |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

B-3

NEW YORK STATE - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
COLLINS CORRECTIONAL FACILITY
SEX OFFENDER PROGRAM

# TREATMENT PROGRESS

NAME: TRIPATHY, Sanjay DIN # 18 R 1673

DATE RECEIVED: ________ FROM: ________

| DATE | CONTACT CODE | | STAFF INITIALS |
|---|---|---|---|
| 05/30-06/01/2022 | SOCTP | CONT'D FROM PREVIOUS PAGE---- "I did not sexually assault anyone including the complainant but I did hire an escort/prostitute and engaged in sexual acts in exchange of money; I was selfish, narcissist, only wanted to fulfill my sexual desires by engaging in high risk situations that negatively impacted everything I held dear; There is no place or person I learnt this from but from the corporate world where I saw a lot of very successful men dabbled with escorts and it is was normal and also very acceptable; no-one knew, no-one was hurt and no-one needed to know and I followed on the same path; which now I realize was not only wrong, but risky and morally corrupt." Tripathy was respectful in response to feedback. | CB, LMSW2 |
| 06/03/2022 | SOCTP | May Monthly Evaluation Score: 13.5 | CB, LMSW2 |
| 06/06-06/10/2022 | SOCTP | Level 2 SS: Section 4, module 5 was completed. Thinking errors related to sexual offending. The definition of social order, social control, and deviance were discussed. He appeared to demonstrate a basic comprehension of the definitions. Section 4, module 6- paraphilias, was introduced. His group behavior was appropriate. Next core group will continue with peer presentations. | CB, LMSW2 |
| 06/10/2022 | SOCTP | Journal collected and reviewed. Entries up to date. | CB, LMSW2 |

| CODE | REASON | CODE | REASON |
|---|---|---|---|
| DA | DISCIPLINARY ASSISTANCE | PCC | PROGRAM COMMITTEE RELATED CONTACT |
| EE | EARNED ELIGIBILITY | Q | QUARTERLY |
| FRP | FAMILY REUNION PROGRAM CONTACT | SHU | SPECIAL HOUSING UNIT CONTACT |
| GCC | GENERAL COUNSELING CONTACT | STR | SCHEDULED TRANSFER REVIEW |
| GFR | GUIDANCE FILE REVIEW | TAC | TIME ALLOWANCE CONTACT |
| I/D | GRAVE ILLNESS/DEATH NOTIFICATION, RELATED CONTACTS | TEL | TELEPHONE CALL TO/FROM; EMERGENCY CALL |
| II | INITIAL INTERVIEW | TEM | TEMPORARY RELEASE CONTACT |
| MED | MEDICAL UNIT OR MEDICALLY RELATED CONTACT | TR | TRANSFER DISCUSSION |
| MT | MERIT TIME CONCERN/REVIEW | UTR | UNSCHEDULED TRANSFER REVIEW |

B-3

...ns CF, Middle...
O Box 340, Collins,
NY 14034-0340,
[Ref#21-cv-05349-VB]
mailed - 7/6/2022
COLLINS
NEOPOST
07/07/2022
US POSTAGE $002.85
ZIP 14034
041M11455118
NEOPOST
07/07/2022
US POSTAGE $000.11
ZIP 14034
041M11455118
To
Prose Intake Unit - SDNY
[Attn: Clerk/HON. Vincent L. Briccetti, USDJ],
US Courthouse, 300 Quarropas Street,
White Plains, NY 10601
RECEIVED
U.S.D.C.
W.P.